COURT OF CRIMINAL APPEALS NO. _____ CR 08 1636

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

### FROM

**CIRCUIT COURT OF** ___JEFFERSON___ **COUNTY, ALABAMA**

**CIRCUIT COURT NO** _____CC 08 3771-3772_____

**CIRCUIT JUDGE** _____CLYDE E. JONES_____

Type of Conviction/ Order Appealed From: TRAFFICKING COCAINE & USE/POSSESSION OF DRUG PARAPHERNALIA

Sentence Imposed: LWOP & 12 MONTHS

Defendant Indigent: ☑ YES ☐ NO

## DURRELL BESTER

**NAME OF APPELLANT**

MARTIN EVAN WEINBERG
_____
(Appellant's Attorney)                    (Telephone No.)

P.O.BOX 154
_____
(Address)

SHANNON, AL 35214
_____
(City)            (State)            (Zip Code)

### v.

## STATE OF ALABAMA

**NAME OF APPELLEE**

(State represented by Attorney General)

NOTE: If municipal appeal, Indicate above, and enter

name and address of municipal attorney below.

df
_____

_____

(For Court of Criminal Appeals Use Only)



```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2008 003771.00
OPER: TED                    CASE ACTION SUMMARY
PAGE:   1                  CIRCUIT   CRIMINAL             RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                                  JUDGE: CEJ

STATE OF **ALABAMA**                    VS      BESTER DURRELL

CASE: CC 2008 003771.00

```
DOB:                        SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN:                 ALIAS NAMES: BESTER DURELL
```

```
CHARGE01: TRAFFICKING-COCAINE  CODE01: VDRY  LIT: TRAFFICKING-CO TYP: F #: 001
CHARGE02: FAILURE TO AFFIX STA CODE02: FFRI                      TYP: F #: 001
OFFENSE DATE: 03/24/2008                AGENCY/OFFICER: 0010000 M EATON
```

```
DATE WAR/CAP ISS:                    DATE ARRESTED: 03/24/2008
DATE    INDICTED: 10/10/2008         DATE     FILED: 10/17/2008
DATE   RELEASED: 04/08/2008          DATE  HEARING:
        BOND AMOUNT:    $250,000.00 P   SURETIES: JELKS LAZANDRA MONIS
```

```
DATE 1:              DESC:              TIME: 0000
DATE 2:              DESC:              TIME: 0000
```

TRACKING NOS: GJ 2008 001997 00  /  DC 2008 003379 00  /

```
    DEF/ATY: WEINBERG MARTIN EVAN    TYPE: R                     TYPE:
             P.O. BOX 154

             SHANNON         AL 35214                            00000
```

PROSECUTOR: FALLS BRANDON KENT

```
OTH CSE: GJ200800199700 CHK/TICKET NO:              GRAND JURY: 92716
COURT REPORTER:                      SID NO:    000259194
EF STATUS: BOND              DEMAND:                        OPER: TED
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | OPE |
|---|---|---|---|
| 10/17/2008 | ASSIGNED TO: (CEJ) | (AR01) | DET |
| 10/17/2008 | INITIAL STATUS SET TO: "B" - BOND | (AR01) | DET |
| 10/17/2008 | FILED ON: 10/17/2008 | (AR01) | DET |
| 10/17/2008 | DEFENDANT ARRESTED ON: 03/24/2008 | (AR01) | DET |
| 10/17/2008 | DEFENDANT INDICTED ON: 10/10/2008 | (AR01) | DET |
| 10/17/2008 | BOND SET AT: $250000.00 | (AR01) | DET |
| 10/17/2008 | ATTORNEY FOR DEFENDANT: BENSON WILLIAM H III | (AR01) | DET |
| 10/17/2008 | CHARGE 02: FAILURE TO AFFIX STA/#CNTS: 001 | (AR01) | DET |
| 10/17/2008 | CHARGE 01: TRAFFICKING-COCAINE /#CNTS: 001 | (AR01) | DET |
| 10/17/2008 | DEFENDANT RELEASED FROM JAIL: 04/08/2008 | (AR01) | DET |
| 10/17/2008 | NCIC 3599  ALSO 08-3772 | (AR01) | DET |
| 10/17/2008 | SEE ONLINE CASE ACTION SUMMARY | | DET |
| 10/17/2008 | CASE ACTION SUMMARY PRINTED | AR08 | DET |
| 10/17/2008 | CAS ATTACHMENT PRINTED | (AR08) | DET |
| 11/03/2008 | CASE SCANNED STATUS SET TO: N | (AR10) | DET |
| 11/03/2008 | SET FOR: PRETRIAL DOCKET/HE ON 02/17/2009 AT 0900A | | DET |
| 01/13/2009 | NOTICE SENT: 01/13/2009 BENSON WILLIAM H III | | KEC |

IN THE CIRCUIT COURT OF JEFFERSON                                   JUDGE: CEJ

STATE  OF  ALABAMA               VS     BESTER DURRELL

CASE: CC 2008 003771.00

DOB: ▆▆▆▆▆▆         SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN: ▆▆▆▆▆       ALIAS NAMES: BESTER DURELL

| Date | Action | |
|------|--------|---|
| 01/13/2009 | NOTICE SENT: 01/13/2009 BESTER DURRELL | KEC |
| 01/13/2009 | NOTICE SENT: 01/13/2009 GRAY VICKEY | KEC |
| 01/13/2009 | NOTICE SENT: 01/13/2009 JELKS LAZANDRA MONISE | KEC |
| 01/13/2009 | NOTICE SENT: 01/13/2009 MALLORY ANGELINA | KEC |
| 01/13/2009 | NOTICE SENT: 01/13/2009 MOORE MARILYN | KEC |
| 01/13/2009 | NOTICE SENT: 01/13/2009 STEPHENSON TYRONE AUNDRE | KEC |
| 01/13/2009 | NOTICE SENT: 01/13/2009 THOMAS RICHARD | KEC |
| 01/21/2009 | DEFT DOCKET NOTICE RNF ON DATE 02/17/09 | KEC |
| 02/17/2009 | MOTION FOR DISCOVERY | KEC |
| 02/18/2009 | SET FOR: JURY TRIAL ON 04/06/2009 AT 0900A  (AR10) | JUB |
| 02/18/2009 | JAIL ID FILED | TEW |
| 02/18/2009 | PARTY ADDED  W002  FRENCH HATTIE         (AW21) | KAC |
| 02/18/2009 | PARTY ADDED  W003  MORRIS ROGER          (AW21) | KAC |
| 02/18/2009 | PARTY ADDED  W004  STEELE SHERRY         (AW21) | KAC |
| 02/18/2009 | PARTY ADDED  W005  WASHINGTON JUDE       (AW21) | KAC |
| 02/18/2009 | WITNESS SUBPOENA ISSUED                  (AW25) | KAC |
| 02/25/2009 | SERVICE OF SERVED PERSON   ON 02192009 FOR W001 (A | TED |
| 02/25/2009 | SERVICE OF SERVED PERSON   ON 02192009 FOR W002 (A | TED |
| 02/25/2009 | SERVICE OF SERVED PERSON   ON 02192009 FOR W003 (A | TED |
| 02/25/2009 | SERVICE OF SERVED PERSON   ON 02192009 FOR W005 (A | TED |
| 02/26/2009 | NOTICE OF STATES INTENT TO PROCEED UNDER | SAW |
| 02/26/2009 | HABITUAL OFFENDER STATUTE | SAW |
| 02/26/2009 | STATES REQUEST FOR DISCLOSURE | SAW |
| 02/26/2009 | NTC OF INTENT TO OFFER PROOF BY CERT OF ANALYSIS | SAW |
| 03/05/2009 | SERVICE OF SERVED PERSON   ON 02242009 FOR W004 (A | CYC |
| 03/06/2009 | NOTICE SENT: 03/06/2009 BESTER DURRELL | KEC |
| 03/06/2009 | NOTICE SENT: 03/06/2009 BENSON WILLIAM H III | KEC |
| 04/08/2009 | COURT ORDERED PROBATION SERVICES | CYC |
| 04/08/2009 | COURT ORDERED PROBATION SERVICES | CYC |
| 04/09/2009 | DISPOSITION JUDGE ID CHANGED FROM:     TO: CEJ | CYC |
| 04/09/2009 | SET FOR: SENTENCING DKT/HEA ON 05/26/2009 AT 0900A | CYC |
| 04/09/2009 | CHARGE 02: FAILURE TO AFFIX ST/#CNTS: 001   (AR10) | CYC |

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2008 003771.00
OPER: TED                   CASE ACTION SUMMARY
PAGE:  3                   CIRCUIT   CRIMINAL               RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                                   JUDGE: CBJ

STATE  OF  ALABAMA                VS      BESTER DURRELL

CASE: CC 2008 003771.00

DOB:                      SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK  EYES: BRO
SSN:                 ALIAS NAMES: BESTER DURELL

| Date | Action | | |
|------|--------|---|---|
| 04/09/2009 | CHARGE 01: TRAFFICKING-COCAINE/#CNTS: 001 | (AR10) | CYC |
| 04/09/2009 | CHARGE 02 DISPOSED BY: CONVICTED ON: 04/08/2009 | | CYC |
| 04/09/2009 | CHARGE 01 DISPOSED BY: CONVICTED ON: 04/08/2009 | | CYC |
| 04/09/2009 | SENTENCE RECORD CREATED FOR CHARGE: 01 | (AR10) | CYC |
| 04/09/2009 | DRUG FEE 4 PROVISION ORDERED BY THE COURT | (AR10) | CYC |
| 04/09/2009 | SENTENCE RECORD CREATED FOR CHARGE: 02 | (AR10) | CYC |
| 05/26/2009 | COMMIT ORDER | | CYC |
| 05/26/2009 | LETTER | | CYC |
| 05/26/2009 | PROBATION REPORT | | CYC |
| 05/26/2009 | DEFENDANT SENTENCED ON: 04/08/2009 | (AR05) | CYC |
| 05/26/2009 | COURT ORDERED REMITTANCE OF COST | (AR05) | CYC |
| 05/26/2009 | FINE IMPOSED: $500.00 | (AR05) | CYC |
| 05/26/2009 | PENITENTIARY PROVISION ORDERED BY THE COURT | (AR05) | CYC |
| 05/26/2009 | COURT ORDERED REMITTANCE OF FINE | (AR05) | CYC |
| 05/26/2009 | LIFE W/O PAROLE PROVISION ORDERED BY THE COURT | | CYC |
| 05/26/2009 | SENTENCE TO BEGIN ON: 05/26/2009 | (AR05) | CYC |
| 05/26/2009 | CONCURRENT SENTENCE ORDERED BY THE COURT | (AR05) | CYC |
| 05/26/2009 | COURT ORDER REMITTANCE DRUG FEE 4 | (AR05) | CYC |
| 05/26/2009 | COURT ORDERED REMITTANCE OF DRUG FEE | (AR05) | CYC |
| 05/26/2009 | SUBPOENA FEE PROVISION ORDERED BY THE COURT | (AR05) | CYC |
| 05/26/2009 | COURT ORDERED REMITTANCE OF 3CVC | (AR05) | CYC |
| 05/26/2009 | 3CVC AMOUNT ORDERED: $50.00 | (AR05) | CYC |
| 05/26/2009 | HISTORY FEE PROVISION ORDERED BY THE COURT | (AR05) | CYC |
| 05/26/2009 | CVCC PROVISION ORDERED BY THE COURT | (AR05) | CYC |
| 05/26/2009 | DRUG FEE AMOUNT ORDERED: $1000.00 | (AR05) | CYC |
| 05/26/2009 | COURT ORDERED REMITTANCE OF HISTORY FEE | (AR05) | CYC |
| 05/26/2009 | COURT ORDERED REMITTANCE OF CVCC | (AR05) | CYC |
| 05/26/2009 | DEFENDANT SENTENCED ON: 04/08/2009 | (AR05) | CYC |
| 05/26/2009 | CONCURRENT SENTENCE: 01 CC200800377100 01 | (AR05) | CYC |
| 05/26/2009 | TOTAL CONFINEMENT: 15 YEARS | (AR05) | CYC |
| 05/26/2009 | PENITENTIARY PROVISION ORDERED BY THE COURT | (AR05) | CYC |
| 05/26/2009 | SENTENCE TO BEGIN ON: 05/26/2009 | (AR05) | CYC |

```
ACRO370                    ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2008 003771.00
OPER: TED                       CASE ACTION SUMMARY
PAGE:    4                       CIRCUIT   CRIMINAL              RUN DATE: 11/30/2009
=================================================================================
IN THE CIRCUIT COURT OF JEFFERSON                                     JUDGE: CEJ
```

STATE OF ALABAMA                    VS      BESTER DURRELL

CASE: CC 2008 003771.00

DOB: ▓▓▓▓▓▓▓          SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN: ▓▓▓▓▓▓▓  ALIAS NAMES: BESTER DURELL

| Date | Action | Code | By |
|------|--------|------|----|
| 05/26/2009 | CONCURRENT SENTENCE ORDERED BY THE COURT | (AR05) | CYC |
| 05/26/2009 | IMPOSED CONFINEMENT: 15 YEARS | (AR05) | CYC |
| 05/26/2009 | CONCURRENT SENTENCE: 01 CC200800377100 02 | (AR05) | CYC |
| 05/26/2009 | TRANSCRIPT OF RECORD ISSUED: 05/26/2009 | (AR08) | CYC |
| 05/27/2009 | JAIL CREDIT: 076 DAYS | (AR05) | CYC |
| 05/27/2009 | JAIL CREDIT: 076 DAYS | (AR05) | CYC |
| 05/27/2009 | TRANSCRIPT # 53299 WAS POSTED TO DOC (ETRN) | | CIC |
| 05/28/2009 | ELECTRONIC TRANSCRIPT # 53299 WAS ACCEPTED BY DOC | | CAC |
| 05/31/2009 | DRUG CONV REPORTED TO DPS ON 05312009 FOR VDRY | | AOC |
| 06/25/2009 | MOTION FOR NEW TRIAL | | SAW |
| 07/02/2009 | SET FOR: RESTITUTION HEARIN ON 08/10/2009 AT 0900A | | CYC |
| 07/06/2009 | NOTICE OF APPEARANCE | | SAW |
| 07/07/2009 | ORDER ON 6/25/09 MOTION SENT TO DA,DEFT,ATTY | | BRW |
| 07/08/2009 | ATTORNEY FOR DEFENDANT: WEINBERG MARTIN EVAN | (AR10) | SAW |
| 07/08/2009 | WRITTEN NOTICE OF APPEAL | | TED |
| 07/20/2009 | CASE APPEALED ON: 07/08/2009 | (AR10) | TED |
| 07/20/2009 | APPEAL "TO" TYPE: "S" | (AR10) | TED |
| 07/20/2009 | CASE ACTION SUMMARY PRINTED | (AR08) | TED |
| 07/21/2009 | APPEAL DATE CHANGED FROM: 00/00/0000 | (AR11) | TED |
| 07/21/2009 | APPEAL TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | IRA TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | COURT REPORTER 1 CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 2 TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 1 TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 1 CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATYW TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | INDTRL TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | PROSECUTOR CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 2 CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | CASE ACTION SUMMARY PRINTED | (AR08) | TED |
| 07/21/2009 | ORDER ON HEARING SENT TO DA,DEFT,ATTY | | BRW |
| 08/06/2009 | DEFICIENY NOTICE RE: REPORTER'S TRANSCRIPT ORDER | | TED |

```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2008 003771.00
OPER: TED                      CASE ACTION SUMMARY
PAGE:   5                       CIRCUIT   CRIMINAL            RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                                    JUDGE: CEJ

STATE  OF  ALABAMA                 VS      BESTER DURRELL

CASE: CC 2008 003771.00

DOB:                   SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK  EYES: BRO
SSN:              ALIAS NAMES: BESTER DURELL

| Date | Description | |
|------|-------------|---|
| 08/06/2009 | DEFICICENY NOTICE RE: DOCKET FEE | TED |
| 08/06/2009 | DEFICICENY NOTICE RE: DOCKETING STATMENT | TED |
| 08/06/2009 | NOTICE FROM THE CRT OF CRIMIANL APPEALS | TED |
| 08/06/2009 | AMENDED CLERK'S NOTICE OF APPEAL-CORRECTING THE | LAW |
| 08/06/2009 | DATE OF SENTENCING | LAW |
| 08/06/2009 | AMENDED NOTICE OF APPEAL MAILED TO THE COURT OF | LAW |
| 08/06/2009 | CRIMINAL APPEALS, ATTY GENERAL, DA, COURT | LAW |
| 08/06/2009 | REPORTER & DEFT'S ATTYS | LAW |
| 08/10/2009 | ...... | LAW |
| 08/10/2009 | ...... | LAW |
| 08/10/2009 | ATTY WEINBURG IS ATTY ON APPEAL | JUB |
| 08/10/2009 | DEFT IS INDIGENT FOR PURPOSE OF APPEAL | JUB |
| 08/10/2009 | ...... | LAW |
| 08/11/2009 | ...... | LAW |
| 08/11/2009 | ...... | LAW |
| 08/11/2009 | ATTORNEY FOR DEFENDANT: WEINBERG MARTIN EVAN (AR10) | JUB |
| 08/11/2009 | ATTY BENSON WITHDRAWAL GRANTED (AR10) | JUB |
| 08/11/2009 | FINE PROVISION ORDERED BY THE COURT (AR05) | JUB |
| 08/11/2009 | FINE IMPOSED: $79150.00 (AR05) | JUB |
| 08/11/2009 | ATTW TYPE CHANGED FROM: N (AR11) | LAW |
| 08/11/2009 | IRA TYPE CHANGED FROM: N (AR11) | LAW |
| 08/11/2009 | MOTION TO W/DRAW AS DEFENSE COUNSEL | LAW |
| 08/11/2009 | AMENDED CLERK'S NOTICE TO APPEAL TO SHOW ATTY | LAW |
| 08/11/2009 | WM BENSON-W/DRAWN & DEFT INDIGENT ON APPEAL | LAW |
| 08/11/2009 | AMENDED NOTICE OF APPEAL & COPY OF ORDERS DATED | LAW |
| 08/11/2009 | 8/10/09 MAILED TO THE COURT OF CRIMINAL APPEALS | LAW |
| 08/11/2009 | ATTY GENERAL, DA, COURT REPORTER, ATTY WM BENSON | LAW |
| 08/11/2009 | & ATTY MARTIN WEINBERT | LAW |
| 08/17/2009 | ENFORCEMENT STATUS SET TO:  "A" (FE52) | LAW |
| 08/17/2009 | ENF PLACEMENT STATUS SET TO: "H" (FE52) | LAW |
| 08/17/2009 | FREQUENCY AMOUNT SET TO: $25.00 (FE52) | LAW |
| 08/17/2009 | PAYMENT FREQUENCY SET TO: "M" (FE52) | LAW |

```
ACRO370                 ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2008 003771.00
OPER: TED                        CASE ACTION SUMMARY
PAGE:   6                        CIRCUIT   CRIMINAL              RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                                   JUDGE: CEJ

STATE  OF  ALABAMA              VS      BESTER DURRELL

CASE: CC 2008 003771.00

DOB:                    SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN:              ALIAS NAMES: BESTER DURELL

| Date | Action | Oper |
|------|--------|------|
| 08/18/2009 | ORDER FROM THE CRT OF CRIMINAL APPEALS TO THE | TED |
| 08/18/2009 | CRT REPORTER | TED |
| 08/27/2009 | ORDER FROM THE CRT OF CRIMINAL APPEALS | TED |
| 08/28/2009 | REPORTER'S TRANSCRIPT ORDER | TED |
| 09/28/2009 | DEFICIENCY NOTICE FROM THE CRT OF CRIMINAL APPEAL | TED |
| 09/29/2009 | TO THE CRT REPORTER | TED |
| 10/08/2009 | ATTY FEE DECLARATION SENT TO CT ROOM FOR SIGNATURE | LAW |
| 10/09/2009 | PAYMENT DELINQUENCY NOTICE RET'D-UNABLE TO FORWARD | CMB |
| 10/14/2009 | ATTY FEE DEC SENT TO COMPTROLLER | BRW |
| 10/16/2009 | ORDER FROM THE CRT OF CRIMINAL APPEALS, COURT | TED |
| 10/16/2009 | REPORTER'S TRANSCRIPT WILL BE ACCEPTED IF FILE BY | TED |
| 10/16/2009 | 11/9/09. | TED |
| 11/13/2009 | FILE RETURNED | JUB |
| 11/16/2009 | ORDER FROM THE CRT OF CRIMINAL APPEALS | TED |
| 11/30/2009 | CASE ACTION SUMMARY PRINTED          (AR08) | TED |

```
ACR352                ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2008 003771.00
OPER: DET                    CASE ACTION SUMMARY
AGE:  1                   CIRCUIT   CRIMINAL              RUN DATE: 10/17/2008
===============================================================================
IN THE CIRCUIT COURT OF JEFFERSON COUNTY                          JUDGE: CEJ

STATE OF ALABAMA                     VS      BESTER DURRELL

CASE: CC 2008 003771.00

DOB:            SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN:           ALIAS NAMES: BESTER DURELL
CHARGE01: TRAFFICKING-COCAINE  CODE01: VDRY  LIT: TRAFFICKING-CO TYP: F #: 001
CHARGE02: FAILURE TO AFFIX STA CODE02: FPRI                      TYP: F #: 001
OFFENSE DATE: 03/24/2008              AGENCY/OFFICER: 0010000 M EATON
DATE WAR/CAP ISS:                     DATE ARRESTED: 03/24/2008
DATE    INDICTED: 10/10/2008          DATE    FILED: 10/17/2008
DATE    RELEASED: 04/08/2008          DATE  HEARING:
     BOND AMOUNT:    $250,000.00 P     SURETIES: JELKS LAZANDRA MONIS

DATE 1:             DESC:             TIME: 0000
DATE 2:             DESC:             TIME: 0000

TRACKING NOS: GJ 2008 001997 00  /  DC 2008 003379 00  /

   DEF/ATY: BENSON WILLIAM H III      TYPE: A                    TYPE:
            729 9TH AVENUE S

            BIRMINGHAM     AL 35205

PROSECUTOR: FALLS BRANDON KENT
```

M. lle  Andantov

```
===============================================================================
OTH CSE: GJ200800199700 CHK/TICKET NO:              GRAND JURY: 92716
COURT REPORTER:                      SID NO:
DEF STATUS: BOND                     DEMAND:    000259194         OPER: DET
===============================================================================
   TRANS DATE     ACTIONS, JUDGEMENTS, AND NOTES                        OPE
-------------------------------------------------------------------------------
 10/17/2008    | ASSIGNED TO: (CEJ)                          (AR01)  |  DET
 10/17/2008    | INITIAL STATUS SET TO: "B" - BOND           (AR01)  |  DET
 10/17/2008    | FILED ON: 10/17/2008                        (AR01)  |  DET
 10/17/2008    | DEFENDANT ARRESTED ON: 03/24/2008           (AR01)  |  DET
 10/17/2008    | DEFENDANT INDICTED ON: 10/10/2008           (AR01)  |  DET
 10/17/2008    | BOND SET AT: $250000.00                     (AR01)  |  DET
 10/17/2008    | ATTORNEY FOR DEFENDANT: BENSON WILLIAM H III(AR01)  |  DET
 10/17/2008    | CHARGE 02: FAILURE TO AFFIX STA/#CNTS: 001  (AR01)  |  DET
 10/17/2008    | CHARGE 01: TRAFFICKING-COCAINE /#CNTS: 001  (AR01)  |  DET
 10/17/2008    | DEFENDANT RELEASED FROM JAIL: 04/08/2008    (AR01)  |  DET
 10/17/2008    | NCIC 3599  ALSO 08-3772                     (AR01)  |  DET
 10/17/2008    | SEE ONLINE CASE ACTION SUMMARY                      |  DET
```

SCANNED  MAY - 7 2009

CRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2008 003771.00
JUDGE ID:  CEJ

STATE  OF  ALABAMA                    VS    BESTER DURRELL

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|

## JUDGES NOTES AND ORDERS

**11-3-08**

Set for pre-trial hearing before
Judge Jones on  2-17-09
at  9:00 A.M.  o'clock.

*Clyde E. Jones*

**2-17-09**

Set for Trial Before Judge Clyde E. Jones
on  4-6-09  at  9:00 A.M.  O'Clock

*Clyde E. Jones*

SCANNED  MAY - 7 2009

**7-1-09**  Case set for Restitution Hrlg on 8-10-09 et 9:00Am

*Clyde E. Jones*

SCANNED  NOV 1 6 2009




| State of Alabama Unified Judicial System | ALABAMA JUDICIAL DATA CENTER CASE ACTION SUMMARY CONTINUATION | Case Number 08·3771 |
|---|---|---|

Style:

Durrell Bester

| Date | **JUDGES NOTES AND ORDERS** |
|---|---|
| 4-8-09 | This case continued to at o'clock for |
| 4-8-09 | This case continued to at for |
| 4-8-09 | This case continued to 5-26-09 at 9:00 o'clock for SNT |

Clyde E. Jones

**SCANNED** MAY - 7 2009

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
TENTH JUDICIAL CIRCUIT - CRIMINAL DIVISION

STATE OF ALABAMA, )
        PLAINTIFF, )
)
vs. )   **CASE NO. CC2008-3771,**
DURRELL BESTER )        **CC2008-3772**
        DEFENDANT. )

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, DURRELL BESTER,

**CC2008-3771:**
_✓_ COUNT (1) GUILTY OF TRAFFICKING IN COCAINE
____ NOT GUILTY

_✓_ COUNT (2) GUILTY OF FAILURE TO AFFIX TAX STAMP
____ NOT GUILTY

**CC2008-3772:**
_✓_ GUILTY OF POSSESSION OF DRUG PARAPHERNALIA
____ NOT GUILTY


_April 8, 2009_
**DATE**

_____
**FOREPERSON**

_____
**CIRCUIT JUDGE**

SCANNED MAY - 7 2009

| State of Alabama Unified Judicial System | Case Action Summary | Case Number: |
|---|---|---|
| Rev. 2/01 | SENTENCING ORDER | 08 - 3771 |

IN THE __CIRCUIT__ COURT OF __JEFFERSON__ COUNTY, ALABAMA

State of Alabama v. ____Durrell Bester____      Page _1_ of ____ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

5-26-09

The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her and the defendant having had his/her say or had nothing to say.

____ It is the judgment of the Court that the defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period ____ year(s) and ____ *Life w/o Parole* ____ month(s) ____ day(s). *cc w/ Ct II 15 yrs sentence*

____ The Defendant's sentence is suspended and the defendant is placed on ____ years of supervised probation. Condition and terms of probation are as listed in the probation order, which is incorporated herein by reference.

**"SPLIT SENTENCE"**

____ It is the judgment of the Court that the defendant be sentenced under the "Split Sentence" Provisions of 15-8-18. Defendant is sentenced to a term of ____ years, ____ years to actually serve in a jail type institution or penitentiary, the execution of the remainder of said sentence is suspended pending defendant's good behavior and defendant is placed on supervised probation for ____ years, to commence upon release from state custody.

THE FOLLOWING COSTS ARE ASSESSED AGAINST THE DEFENDANT:

____ Case Fine $ *500.00*
____ Victim's Compensation Fund $50.00
____ Alabama Forensic Services Trust Fund $100.00
____ Drug Demand Reduction Act ____ $1000.00 ____ $2000.00
____ Defendant is required to attend TASC until released by them.
____ Defendant is to perform ____ hours of community service in a non-profit organization or church
____ The Department of Public Safety is hereby ordered to suspend the defendant's Driver's License for a period of six months from today's date.
____ +Mandatory 5 years under Rule 13A-12-250 - school
____ +Mandatory 5 years under Rule 13A-12-270 - housing project
____ Defendant is to make restitution in the amount of $____, payable to the Circuit Clerk for and on behalf of: *Fines + Cost*
_____
_____  *remitted due to sentence*

____ Restitution, fines, and costs are to be paid at the rate of $ _50_ per month, beginning the ____ day of ____, 200__ and each month thereafter until paid in full/ beginning 60 days after release and each month thereafter until paid in full.
____ The Clerk is authorized to accept partial payments for all Court ordered monies. *N/A*
____ Defendant is to be given credit for all of the actual time spent incarcerated in The Jefferson County Jail awaiting trial on this cause unless he/she was serving time for another offense
____ This Sentence is to be served concurrently with *2008-3777*  *w/1,42 days*

You do not have the right to appeal unless you specifically reserved the issue(s) in writing prior to this plea.

SCANNED JUN 18 2009      CIRCUIT JUDGE _____

State of Alabama
Unified Judicial System

Rev. 2/01

**~~e Action Summar~~**
**SENTENCING ORDER**

Case Number:

**CC08- 377/**

IN THE ___CIRCUIT___ COURT OF ___JEFFERSON___ COUNTY, ALABAMA

State of Alabama v. ___Durrell Baxter___

Page _1_ of ____ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|

5-26-09     Co *II FIATS

The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her and the defendant having had his/her say or had nothing to say.

___ It is the judgment of the Court that the defendant is sentenced to ~~the~~ custody of the Commissioner of the Department of Corrections for a period of __ year(s) and ___   CC w/   Type w/o Parole
month(s) ___ day(s).

___ The Defendant's sentence is suspended and the defendant is placed on _____ years of supervised probation. Condition and terms of probation are as listed in the probation order, which is incorporated herein by reference.

"SPLIT SENTENCE"

___ It is the judgment of the Court that the defendant be sentenced under the "Split Sentence" Provisions of 15-8-18. Defendant is sentenced to a term of _____ years, _____ years to actually serve in a jail type institution or penitentiary, the execution of the remainder of said sentence is suspended pending defendant's good behavior and defendant is placed on supervised probation for _____ years, to commence upon release from state custody.

THE FOLLOWING COSTS ARE ASSESSED AGAINST THE DEFENDANT:

___ Case Fine $ ___   Restu ___   /  28,000 Top Stamp + 50,000 Traf
___ Victim's Compensation Fund $50.00   = 78,000.
___ Alabama Forensic Services Trust Fund $100.00
___ Drug Demand Reduction Act ___$1000.00 _____$2000.00
___ Defendant is required to attend TASC until released by them.
___ Defendant is to perform _____ hours of community service in a non-profit organization or church
___ The Department of Public Safety is hereby ordered to suspend the defendant's Driver's License for a period of six months from today's date.
___ +Mandatory 5 years under Rule 13A-12-250 - school
___ +Mandatory 5 years under Rule 13A-12-270      - housing project
___ Defendant is to make restitution in the amount of $_____
payable to the Circuit Clerk for and on behalf of:

_____
_____
_____

___ Restitution, fines, and costs are to be paid at the rate of $_50_ per month, beginning the ___ day of _____, 200_ and each month thereafter until paid in full/ beginning 60 days after release and each month thereafter until paid in full.
___ The Clerk is authorized to accept partial payments for all Court ordered monies.
___ Defendant is to be given credit for all of the actual time spent incarcerated in The Jefferson County Jail awaiting trial on this cause unless he/she was serving time for another offense.
___ This Sentence is to be served concurrently with CC08-3772
                                                    w/out-01

You do ~~n~~ot have the right to appeal unless you specifically ~~reserved the issue(s) in writing prior to~~ ~~this plea.~~

SCANNED JUN 1 8 ~~~~

CIRCUIT JUDGE

| State of Alabama<br>Unified Judicial System | **Case Action Summary** | Case Number: |
|---|---|---|
| Rev. 2/01 | | CC08 - 3771, 72 |

IN THE  CIRCUIT  COURT  OF  JEFFERSON  COUNTY, ALABAMA

State of Alabama v. _____ Durell Bester _____  Page _1_ of ___ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 8-5-09 | |

# ORDER BACK

**Department of Corrections and Institutions is ordered**

To have _____ Durrell Bester _____ in court

on the __10th__ day of ___ Aug. ___, 2008

at _9:00_ a.m./p.m. for _Restitution HRG_ .

_____
**CIRCUIT JUDGE**

RECEIVED IN OFFICE
AUG 10 2009
ANNE-MARIE ADAMS
Clerk

SCANNED  NOV 16 2009

| State of Alabama Unified Judicial System | ALABAMA JUDICIAL DATA CENTER CASE ACTION SUMMARY CONTINUATION | Case Number 08 - 3771, 72 |
|---|---|---|

Style:

Durrell Bester

## JUDGES NOTES AND ORDERS

| Date | |
|---|---|
| 8-10-09 | *[handwritten, largely illegible]* Motion to Withdraw as attorney ... H. Bester is hereby Granted. Mr. Kearley *[illegible]* on appeal — Dept is indigent for purposes of appeal |
| 8-10-09 | By agreement of the parties, the dept is hereby fined $79,180.00 in drug fines based upon the amount of drugs. See Exh. A, incorporated here |

SCANNED NOV 16 2009

```
ACRO370              ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2008 003772.00
OPER: TED                    CASE ACTION SUMMARY
AGE:   1                    CIRCUIT   CRIMINAL              RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                                    JUDGE: CEJ

STATE  OF  ALABAMA                    VS        BESTER DURRELL

CASE: CC 2008 003772.00

DOB:                         SEX: M   RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN:                ALIAS NAMES:

CHARGE01: USE/POSS DRUG PARAPH CODE01: VDR1   LIT: USE/POSS DRUG  TYP: M #: 001
OFFENSE DATE: 03/24/2008                AGENCY/OFFICER: 0010000 M EATON

DATE WAR/CAP ISS:                       DATE ARRESTED: 03/24/2008
DATE    INDICTED:                       DATE    FILED: 10/17/2008
DATE    RELEASED: 04/08/2008            DATE  HEARING:
    BOND AMOUNT:      $3,000.00 P          SURETIES: MYRICKS LOQUITTA

DATE 1:               DESC:              TIME: 0000
DATE 2:               DESC:              TIME: 0000

TRACKING NOS: DC 2008 003378 00  /                        /

    DEF/ATY: WEINBERG MARTIN EVAN      TYPE: R                       TYPE:
             P.O. BOX 154

             SHANNON        AL 35214                     00000

PROSECUTOR: FALLS BRANDON KENT

OTH CSE: DC200800337800 CHK/TICKET NO: 530697       GRAND JURY:
COURT REPORTER:              SID NO:        000259194
DEF STATUS: BOND                  DEMAND:                          OPER: TED

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | OPE |
|---|---|---|---|
| 10/17/2008 | ASSIGNED TO: (CEJ) CLYDE E JONES | (AR01) | DET |
| 10/17/2008 | INITIAL STATUS SET TO: "B" - BOND | (AR01) | DET |
| 10/17/2008 | FILED ON: 10/17/2008 | (AR01) | DET |
| 10/17/2008 | DEFENDANT ARRESTED ON: 03/24/2008 | (AR01) | DET |
| 10/17/2008 | ATTORNEY FOR DEFENDANT: BENSON WILLIAM H III | (AR01) | DET |
| 10/17/2008 | BOND SET AT: $3000.00 | (AR01) | DET |
| 10/17/2008 | DEFENDANT RELEASED FROM JAIL: 04/08/2008 | (AR01) | DET |
| 10/17/2008 | CHARGE 01: USE/POSS DRUG PARAPH/#CNTS: 001 | (AR01) | DET |
| 10/17/2008 | DC TRANSFER  ALSO 08-3771 | (AR01) | DET |
| 10/17/2008 | PARTY ADDED  S001  MYRICKS LOQUITTA | (AW21) | DET |
| 10/17/2008 | SEE ONLINE CASE ACTION SUMMARY | | DET |
| 10/17/2008 | CASE ACTION SUMMARY PRINTED | AR08 | DET |
| 10/17/2008 | CAS ATTACHMENT PRINTED | (AR08) | DET |
| 11/03/2008 | CASE SCANNED STATUS SET TO: N | (AR10) | DET |
| 11/03/2008 | SET FOR: PRETRIAL DOCKET/HE ON 02/17/2009 AT 0900A | | DET |
| 01/13/2009 | NOTICE SENT: 01/13/2009 BENSON WILLIAM H III | | KEC |
| 01/13/2009 | NOTICE SENT: 01/13/2009 BESTER DURRELL | | KEC |

```
ACRO370                   ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2008 003772.00
OPER: TED                         CASE ACTION SUMMARY
PAGE:   2                        CIRCUIT   CRIMINAL              RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                                          JUDGE: CEJ

STATE  OF  ALABAMA              VS      BESTER  DURRELL

CASE: CC 2008 003772.00

DOB:                        SEX: M   RACE: B   HT: 6 01   WT: 220   HR: BLK  EYES: BRO
SSN:                 ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|------------|-------------------------------|-----|
| 01/13/2009 | NOTICE SENT: 01/13/2009 MYRICKS LOQUITTA | KEC |
| 01/21/2009 | DEFT DOCKET NOTICE RNF ON DATE 02/17/09 | KEC |
| 02/17/2009 | PLEA OF NOT GUILTY & WAIVER FILED | JUB |
| 02/17/2009 | MOTION FOR DISCOVERY | KEC |
| 02/18/2009 | SET FOR: JURY TRIAL ON 04/06/2009 AT 0900A   (AR10) | JUB |
| 02/18/2009 | JAIL ID FILED | TEW |
| 02/18/2009 | WITNESS SUBPOENA ISSUED                (AW25) | KAC |
| 02/25/2009 | SERVICE OF SERVED PERSON     ON 02192009 FOR W002 (A | TED |
| 02/25/2009 | SERVICE OF SERVED PERSON     ON 02192009 FOR W001 (A | TED |
| 03/06/2009 | NOTICE SENT: 03/06/2009 BESTER DURRELL | KEC |
| 03/06/2009 | NOTICE SENT: 03/06/2009 BENSON WILLIAM H III | KEC |
| 05/26/2009 | COMMIT ORDER | CYC |
| 05/26/2009 | DISPOSITION JUDGE ID CHANGED FROM:       TO: CEJ | CYC |
| 05/26/2009 | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 05/26/2009 | CYC |
| 05/26/2009 | CHARGE 01: USE/POSS DRUG PARAP/#CNTS: 001    (AR10) | CYC |
| 05/26/2009 | SENTENCE RECORD CREATED FOR CHARGE: 01       (AR10) | CYC |
| 05/26/2009 | DRUG FEE 1 PROVISION ORDERED BY THE COURT    (AR10) | CYC |
| 05/26/2009 | DEFENDANT SENTENCED ON: 05/26/2009           (AR05) | CYC |
| 05/26/2009 | SENTENCE TO BEGIN ON: 05/26/2009             (AR05) | CYC |
| 05/26/2009 | TOTAL CONFINEMENT: 12 MONTHS                 (AR05) | CYC |
| 05/26/2009 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | CYC |
| 05/26/2009 | FINE IMPOSED: $100.00                        (AR05) | CYC |
| 05/26/2009 | IMPOSED CONFINEMENT: 12 MONTHS               (AR05) | CYC |
| 05/26/2009 | PENITENTIARY PROVISION ORDERED BY THE COURT (AR05) | CYC |
| 05/26/2009 | COMM SERV PROVISION ORDERED BY THE COURT     (AR05) | CYC |
| 05/26/2009 | COMMUNITY SERVICE HOURS ASSIGNED: 0010       (AR05) | CYC |
| 05/26/2009 | CONCURRENT SENTENCE ORDERED BY THE COURT     (AR05) | CYC |
| 05/26/2009 | HISTORY FEE PROVISION ORDERED BY THE COURT   (AR05) | CYC |
| 05/26/2009 | CVCC PROVISION ORDERED BY THE COURT          (AR05) | CYC |
| 05/26/2009 | FINE PROVISION ORDERED BY THE COURT          (AR05) | CYC |
| 05/26/2009 | COST PROVISION ORDERED BY THE COURT          (AR05) | CYC |

```
ACRO370            ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2008 003772.00
OPER: TED                   CASE ACTION SUMMARY
PAGE:    3                  CIRCUIT   CRIMINAL              RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                               JUDGE: CEJ

STATE OF ALABAMA                 VS      BESTER DURRELL

CASE: CC 2008 003772.00

DOB: ▓▓▓▓▓           SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN: ▓▓▓▓▓      ALIAS NAMES:

| Date | Action | Code | By |
|------|--------|------|-----|
| 05/26/2009 | ENFORCEMENT STATUS SET TO:  "J" | (FE52) | CYC |
| 05/26/2009 | PAYMENT DUE DATE SET TO: 06/24/2011 | (FE52) | CYC |
| 05/26/2009 | TRANSCRIPT OF RECORD ISSUED: 05/26/2009 | (AR08) | CYC |
| 05/27/2009 | JAIL CREDIT: 076 DAYS | (AR05) | CYC |
| 05/27/2009 | TRANSCRIPT # 53298 WAS POSTED TO DOC (ETRN) | | CIC |
| 05/28/2009 | ELECTRONIC TRANSCRIPT # 53298 WAS ACCEPTED BY DOC | | CAC |
| 06/25/2009 | MOTION FOR NEW TRIAL | | SAW |
| 07/02/2009 | SET FOR: RESTITUTION HEARIN ON 08/10/2009 AT 0900A | | CYC |
| 07/06/2009 | NOTICE OF APPEARANCE | | SAW |
| 07/07/2009 | ORDER ON HEARING SENT TO DA,DEFT,ATTY | | BRW |
| 07/08/2009 | ATTORNEY FOR DEFENDANT: WEINBERG MARTIN EVAN(AR10) | | SAW |
| 07/08/2009 | WRITTEN NOTICE OF APPEAL | | TED |
| 07/21/2009 | APPEAL DATE CHANGED FROM: 00/00/0000 | (AR11) | TED |
| 07/21/2009 | APPEAL TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | INDTRL TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | IRA TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | COURT REPORTER 1 CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATYW TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 2 TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 2 CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 1 TYPE CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | ATTY 1 CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | PROSECUTOR CHANGED FROM: | (AR11) | TED |
| 07/21/2009 | CASE ACTION SUMMARY PRINTED | (AR08) | TED |
| 07/21/2009 | ORDER ON HEARING SENT TO DA,DEFT,ATTY | | BRW |
| 07/23/2009 | CHARGE 01: USE/POSS DRUG PARAP/#CNTS: 001 | (AR10) | LAW |
| 07/23/2009 | DRUG FEE 1 PROVISION ORDERED BY THE COURT | (AR10) | LAW |
| 07/23/2009 | CHARGE 01 DISPOSED BY: CONVICTED ON: 05/26/2009 | | LAW |
| 08/06/2009 | DEFICICENY NOTICE RE: DOCKETING STATMENT | | TED |
| 08/06/2009 | DEFICICENY NOTICE RE: REPORTER'S TRANSCRIPT ORDER | | TED |
| 08/06/2009 | DEFICICENY NOTICE RE: DOCKET FEE | | TED |
| 08/06/2009 | NOTICE FROM THE CRT OF CRIMIANL APPEALS | | TED |

```
ACRO370                    ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2008 003772.00
OPER: TED                       CASE ACTION SUMMARY
PAGE:    4                     CIRCUIT   CRIMINAL                 RUN DATE: 11/30/2009
```

IN THE CIRCUIT COURT OF JEFFERSON                                          JUDGE: CEJ

STATE OF ALABAMA                  VS    BESTER DURRELL

CASE: CC 2008 003772.00

DOB:                         SEX: M  RACE: B  HT: 6 01  WT: 220  HR: BLK EYES: BRO
SSN:                 ALIAS NAMES:

| | | |
|---|---|---|
| 08/10/2009 | . . . . . . . . . . | LAW |
| 08/10/2009 | ATTY BENSON WITHDRAWAL GRANTED                 (AR10) | LAW |
| 08/10/2009 | DEFT IS INDIGENT FOR PURPOSE OF APPEAL | LAW |
| 08/10/2009 | MOTION TO WITHDRAW AS DEFENSE COUNSEL | JUB |
| 08/11/2009 | ATTORNEY FOR DEFENDANT: WEINBERG MARTIN EVAN (AR10) | LAW |
| 08/11/2009 | . . . . . . . . . . . . . . . . | LAW |
| 08/11/2009 | ATYW TYPE CHANGED FROM: N                     (AR11) | LAW |
| 08/11/2009 | IRA TYPE CHANGED FROM: N                      (AR11) | LAW |
| 08/11/2009 | AMENDED CLERK'S NOTICE TO APPEAL TO SHOW ATTY | LAW |
| 08/11/2009 | WM BENSON-W/DRAWN & DEFT INDIGENT ON APPEAL | LAW |
| 08/11/2009 | ATTORNEY FOR DEFENDANT: WEINBERG MARTIN EVAN (AR10) | JUB |
| 08/11/2009 | ATTY BENSON WITHDRAWAL GRANTED                 (AR10) | JUB |
| 08/11/2009 | AMENDED NOTICE OF APPEAL & COPY OF ORDERS DATED | LAW |
| 08/11/2009 | 8/10/09 MAILED TO THE COURT OF CRIMINAL APPEALS | LAW |
| 08/11/2009 | ATTY GENERAL, DA, COURT REPORTER, ATTY WM BENSON | LAW |
| 08/11/2009 | & ATTY MARTIN WEINBERT | LAW |
| 08/18/2009 | ORDER FROM THE CRT OF CRIMINAL APPEALS TO THE | TED |
| 08/18/2009 | CRT REPORTER | TED |
| 08/28/2009 | REPORTER'S TRANSCRIPT ORDER | TED |
| 09/28/2009 | DEFICIENCY NOTICE FROM THE CRT OF CRIMINAL APPEAL | TED |
| 09/28/2009 | TO THE CRT REPORTER | TED |
| 10/16/2009 | ORDER FROM THE CRT OF CRIMINAL APPEALS, COURT | TED |
| 10/16/2009 | REPORTER'S TRANSCRIPT WILL BE ACCEPTED IF FILE BY | TED |
| 10/16/2009 | 11/9/09. | TED |
| 11/13/2009 | FILE RETURNED | JUB |
| 11/16/2009 | ORDER FROM THE CRT OF CRIMINAL APPEALS | TED |
| 11/30/2009 | CASE ACTION SUMMARY PRINTED                    (AR08) | TED |

ACR352     ALABAMA JUDICIAL INFORMATION SYSTEM  CASE: CC 2008 003772.00
OPER: DET        CASE ACTION SUMMARY
AGE: 1        CIRCUIT CRIMINAL     RUN DATE: 10/17/2008

IN THE CIRCUIT COURT OF JEFFERSON COUNTY       JUDGE: CEJ

STATE OF ALABAMA      VS   BESTER DURRELL

CASE: CC 2008 003772.00

DOB:       SEX: M RACE: B HT: 6 01 WT: 220 HR: BLK EYES: BRO
SSN:    ALIAS NAMES:

CHARGE01: USE/POSS DRUG PARAPH CODE01: VDR1 LIT: USE/POSS DRUG TYP: M #: 001
OFFENSE DATE: 03/24/2008      AGENCY/OFFICER: 0010000 M EATON

DATE WAR/CAP ISS:       DATE ARRESTED: 03/24/2008
DATE INDICTED:       DATE FILED: 10/17/2008
DATE RELEASED: 04/08/2008    DATE HEARING:
 BOND AMOUNT:  $3,000.00 P   SURETIES: MYRICKS LOQUITTA

DATE 1:   DESC:      TIME: 0000
DATE 2:   DESC:      TIME: 0000

TRACKING NOS: DC 2008 003378 00 /       /

 DEF/ATY: BENSON WILLIAM H III   TYPE: A       TYPE:
    729 9TH AVENUE S

    BIRMINGHAM   AL 35205

PROSECUTOR: FALLS BRANDON KENT

OTH CSE: DC200800337800 CHK/TICKET NO: 530697    GRAND JURY:
COURT REPORTER:     SID NO:  000259194
DEF STATUS: BOND      DEMAND:       OPER: DET

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | OPE |
|---|---|---|---|
| 10/17/2008 | ASSIGNED TO: (CEJ) CLYDE E JONES | (AR01) | DET |
| 10/17/2008 | INITIAL STATUS SET TO: "B" - BOND | (AR01) | DET |
| 10/17/2008 | FILED ON: 10/17/2008 | (AR01) | DET |
| 10/17/2008 | DEFENDANT ARRESTED ON: 03/24/2008 | (AR01) | DET |
| 10/17/2008 | ATTORNEY FOR DEFENDANT: BENSON WILLIAM H III | (AR01) | DET |
| 10/17/2008 | BOND SET AT: $3000.00 | (AR01) | DET |
| 10/17/2008 | DEFENDANT RELEASED FROM JAIL: 04/08/2008 | (AR01) | DET |
| 10/17/2008 | CHARGE 01: USE/POSS DRUG PARAPH/#CNTS: 001 | (AR01) | DET |
| 10/17/2008 | DC TRANSFER  ALSO 08-3771 | (AR01) | DET |
| 10/17/2008 | PARTY ADDED  S001  MYRICKS LOQUITTA | (AW21) | DET |
| 10/17/2008 | SEE ONLINE CASE ACTION SUMMARY | | DET |

SCANNED  MAY - 7 2009

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2008 003772.00
JUDGE ID: CEJ

STATE OF ALABAMA                    VS    BESTER DURRELL

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|

## JUDGES NOTES AND ORDERS

**11-3-08**

Set for pre-trial hearing before
Judge Jones on 2-7-09
at 9:00 A.M. o'clock.

*Clyde E. Jones*

**2-17-09**

Set for Trial Before Judge Clyde E. Jones
on 4-6-09 at 9:00 A.M. O'Clock

*Clyde E. Jones*

**4-8-09**

This case continued to
5-26-09 at
9:00 o'clock
for SMT

*Clyde E. Jones*

SCANNED MAY 7 2009

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
TENTH JUDICIAL CIRCUIT - CRIMINAL DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | CASE NO. CC2008-3771, |
| DURRELL BESTER | ) | CC2008-3772 |
| DEFENDANT. | ) | |

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT, DURRELL BESTER,

CC2008-3771:
  ✓ COUNT (1) GUILTY OF TRAFFICKING IN COCAINE
____NOT GUILTY

  ✓ COUNT (2) GUILTY OF FAILURE TO AFFIX TAX STAMP
____NOT GUILTY


CC2008-3772:
  ✓ GUILTY OF POSSESSION OF DRUG PARAPHERNALIA
____NOT GUILTY



_April 8, 2009_
**DATE**

_[signature]_
**FOREPERSON**

_[signature]_
**CIRCUIT JUDGE**


SCANNED  MAY - 7 2009

State of Alabama
Unified Judicial System

Rev. 2/01

# Case Action Summary
## SENTENCING ORDER

Case Number:

**08-3772**

IN THE __CIRCUIT__ COURT OF __JEFFERSON__ COUNTY, ALABAMA

State of Alabama v. _____Durrell Baxter_____  Page _1_ of ___ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 5-26-09 | |

The Court asked the defendant if he/she had anything to say why the sentence of law should not be imposed against him/her and the defendant having had his/her say or had nothing to say.

_____ It is the judgment of the Court that the defendant is sentenced to the custody of the Commissioner of the Department of Corrections for a period _____ year(s) and __2__ month(s) ___ day(s).

_____ The Defendant's sentence is suspended and the defendant is placed on __NA__ years of supervised probation. Condition and terms of probation are as listed in the probation order, which is incorporated herein by reference.

### "SPLIT SENTENCE"

_____ It is the judgment of the Court that the defendant be sentenced under the "Split Sentence" Provisions of 15-8-18. Defendant is sentenced to a term of _____ years, _____ years to actually serve in a jail type institution or penitentiary, the execution of the remainder of said sentence is suspended pending defendant's good behavior and defendant is placed on supervised probation for _____ years, to commence upon release from state custody.

THE FOLLOWING COSTS ARE ASSESSED AGAINST THE DEFENDANT:

_____ Case Fine $ _100.00_
_____ Victim's Compensation Fund $50.00
_____ Alabama Forensic Services Trust Fund $100.00
_____ Drug Demand Reduction Act _____$1000.00 _____$2000.00
_____ Defendant is required to attend TASC until released by them.
_____ Defendant is to perform __0__ hours of community service in a non-profit organization or church
_____ The Department of Public Safety is hereby ordered to suspend the defendant's Driver's License for a period of six months from today's date.
_____ +Mandatory 5 years under Rule 13A-12-250 - school
_____ +Mandatory 5 years under Rule 13A-12-270   - housing project
_____ Defendant is to make restitution in the amount of $_____,
payable to the Circuit Clerk for and on behalf of:

_____
_____
_____

_____ Restitution, fines, and costs are to be paid at the rate of $ _25_ per month, beginning the ___ day of _____, 200__ and each month thereafter until paid in full/ beginning _30_ days after release and each month thereafter until paid in full.
_____ The Clerk is authorized to accept partial payments for all Court ordered monies.
_____ Defendant is to be given credit for all of the actual time spent incarcerated in The Jefferson County Jail awaiting trial on this cause unless he/she was serving time for another offense.
_____ This Sentence is to be served concurrently with _CC 08-3771_

**You do not have the right to appeal unless you specifically reserved the issue(s) in writing prior to this plea.**

SCANNED  JUN 18 2009

CIRCUIT JUDGE

| State of Alabama<br>Unified Judicial System | ALABAMA JUDICIAL DATA CENTER<br>CASE ACTION SUMMARY CONTINUATION | Case Number<br><br>CC 08-3772 |
|---|---|---|

Style:

Durrell Bester

## JUDGES NOTES AND ORDERS

| Date | |
|---|---|
| 7-1-09 | Case set for Restitution HRG on 8-10-09 at 9:00 AM |



SCAN  NOV 1 6 2009

| State of Alabama Unified Judicial System | Case Action Summary | Case Number: |
|---|---|---|
| Rev. 2/01 | | CC08 · 3771, 72 |

IN THE   CIRCUIT   COURT  OF  JEFFERSON   COUNTY, ALABAMA

State of Alabama v. _____ Durell Bester _____ Page _1_ of ____ pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 8-5-09 | |

# ORDER BACK

**Department of Corrections and Institutions is ordered**

**To have** _____ Durrell Bester _____ **in court**

**on the** _10th_ **day of** _____ Aug. _____, 2008

**at** 9:00 (a.m.) p.m. **for** _Restitution HRG_.

_Clyde E. Jones_

**CIRCUIT JUDGE**

SCANNED AUG 1 0 2009

RECEIVED IN OFFICE
AUG 1 0 2009
ANNE-MARIE ADAMS
Clerk

| State of Alabama Unified Judicial System | ALABAMA JUDICIAL DATA CENTER CASE ACTION SUMMARY CONTINUATION | Case Number |
|---|---|---|
| | | 08 - 3771,72 |

Style:

Durrell Boster

| Date | JUDGES NOTES AND ORDERS |
|---|---|
| 8-10-09 | *(handwritten notes, illegible)* |
| 8-10-09 | By agreement of the parties the dep is hereby priced 79,150.00 *(handwritten, partially illegible)* |

SC *(illegible)* NOV 1 0 2009

27

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF JEFFERSON COUNTY

STATE OF ALABAMA    VS BESTER DURRELL              JUDGE: CLYDE E JONES

APPEAL DATE: 07/08/2009

INDIGENCY STATUS:
GRANTED INDIGENCY STATUS AT TRIAL COURT:        _____ YES  X  NO
APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  _____ YES  X  NO
INDIGENT STATUS REVOKED ON APPEAL:              _____ YES  X  NO
INDIGENT STATUS GRANTED ON APPEAL:              _____ YES  X  NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 04/08/2009        DATE OF SENTENCE: 04/08/2009

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 01/CC 2008 003771.00
CODE: VDRY   CONVICTION: TRAFFICKING-COCA   ACTION: CONVICTED
                                            STATUTE: 13A-012-231(2)
CODE: FPRI   CONVICTION: FAILURE TO AFFIX   ACTION: CONVICTED
                                            STATUTE: 040-17A-004
SENTENCE:  CONF: 00 YRS 00 MOS 000 DAYS
SENTENCE:  PROB: 00 YRS 00 MOS 000 DAYS      LIFE: NO   LIFEWO: YES

POST-JUDGMENT MOTIONS FILED:   DT FILED    DT DENIED    CON BY AGREE
_____ MOTION FOR NEW TRIAL
_____ MOTION FOR JUDG. OF ACQUIT
_____ MOTION TO W/D GUILTY PLEA
_____ MOTION FOR ATTY TO W/DRAW
_____ OTHER

COURT REPORTER(S):        MARTIN ALICIA
ADDRESS:                  RM 706-JUDGE CLYDE JONES
                          BIRMINGHAM    , AL 35203

APPELLATE COUNSEL #1:     BENSON WILLIAM H III
ADDRESS:                  413-B MAIN STREET

PHONE NUMBER:             TRUSVILLE    , AL 35173
EMAIL ADDRESS:            205-655-2665
                          WHBENSONIII@YAHOO.COM

APPELLATE COUNSEL #2:     WEINBERG MARTIN EVAN
ADDRESS:                  P.O. BOX 154

PHONE NUMBER:             SHANNON    , AL 35214
EMAIL ADDRESS:            205-239-5321
                          MWEINBERG@WATKINSLAWFIRM.COM

APPELLANT (PRO SE):       BESTER DURRELL
ADDRESS:

AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED              OPERATOR: TED
ABOVE IS ACCURATE TO THE BEST OF MY          PREPARED: 07/21/2009
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS ___ DAY OF JUL 2 1 2009    CIRCUIT COURT CLERK

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**CRIMINAL DIVISION**

STATE OF ALABAMA )
)
)
) CASE NUMBERS: CC 08-3771 AND
) CC 08-3772
)
)
DURRELL BESTER, )
)
Defendant. )

RECEIVED IN OFFICE

JUL 0 8 2009

ANNE-MARIE ADAMS
CIRCUIT CRIMINAL COURT

## NOTICE OF APPEAL TO THE COURT OF CRIMINAL APPEALS OF ALABAMA

Notice is hereby given that Durrell Bester appeals to the above-named court from the judgment of conviction entered in this case on April 8, 2009 adjudging the defendant to be guilt of the offenses of trafficking cocaine and as punishment thereof sentencing the defendant on May 26, 2009 as follows: life without parole

The Appellant moves for the court to take notice of an appeal that will be filed on several grounds. The appellant also moves for the court to fix bail on appeal and suspended the execution of the sentence.

Dated this the 8th Day of July 2009

Martin Weinberg
Attorney for the Appellant
Po Box 154
Shannon, AL. 35142
205-785-5575

ACR371

ALABAMA JUDICIAL DATA CENTER
NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
BY THE TRIAL COURT CLERK
IN THE CIRCUIT COURT OF JEFFERSON COUNTY

STATE OF ALABAMA     VS BESTER DURRELL                JUDGE: CLYDE E JONES

---

APPEAL DATE: 07/08/2009

INDIGENCY STATUS:
```
   GRANTED INDIGENCY STATUS AT TRIAL COURT:          ____ YES   _X_ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:    _X_ YES    ____ NO
   INDIGENT STATUS REVOKED ON APPEAL:                ____ YES   _X_ NO
   INDIGENT STATUS GRANTED ON APPEAL:                _X_ YES    ____ NO
```

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

---

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 04/08/2009          DATE OF SENTENCE: 05/26/2009

YOUTHFUL OFFENDER STATUS: DENIED      .

CO/CASE NUMBER: 01/CC 2008 003771.00
```
CODE: VDRY   CONVICTION: TRAFFICKING-COCA   ACTION: CONVICTED
                                            STATUTE: 13A-012-231(2)
CODE: FPRI   CONVICTION: FAILURE TO AFFIX   ACTION: CONVICTED
                                            STATUTE: 040-17A-004
SENTENCE:    CONF: 00 YRS 00 MOS 000 DAYS
SENTENCE:    PROB: 00 YRS 00 MOS 000 DAYS       LIFE: NO   LIFEWO: YES
```

---

POST-JUDGMENT MOTIONS FILED:     DT FILED        DT DENIED        CON BY AGREE
```
____  MOTION FOR NEW TRIAL
____  MOTION FOR JUDG. OF ACQUIT
____  MOTION TO W/D GUILTY PLEA
____  MOTION FOR ATTY TO W/DRAW
____  OTHER
```

---

COURT REPORTER(S):
ADDRESS:                          MARTIN ALICIA
                                  RM 706-JUDGE CLYDE JONES
                                  BIRMINGHAM     ,   AL   35203

APPELLATE COUNSEL #1:
ADDRESS:

PHONE NUMBER:
EMAIL ADDRESS:

APPELLATE COUNSEL #2:             WEINBERG MARTIN EVAN
ADDRESS:                          P.O. BOX 154

PHONE NUMBER:                     SHANNON          ,   AL   35214
EMAIL ADDRESS:                    205-239-5321
                                  MWEINBERG@WATKINSLAWFIRM.COM

APPELLANT (PRO SE):               BESTER DURRELL
ADDRESS:

AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

---

AMENDED NOTICE TO SHOW DEFT INDIGENT & ATTY WM BENSON AS W/DRAWN

---

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: LAW
ABOVE IS ACCURATE TO THE BEST OF MY                PREPARED: 08/21/2009
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS _11_ DAY OF _Aug_, _09_

_Anne Marie Adams_

CIRCUIT COURT CLERK

Scanned

ACR371

# ALABAMA JUDICIAL DATA CENTER
## NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
### BY THE TRIAL COURT CLERK
### IN THE CIRCUIT COURT OF JEFFERSON COUNTY

STATE OF ALABAMA    VS BESTER DURRELL    JUDGE: CLYDE E JONES

---

APPEAL DATE: 07/08/2009

---

INDIGENCY STATUS:

| | | | |
|---|---|---|---|
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | _____ YES | _X_ | NO |
| APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | _____ YES | _X_ | NO |
| INDIGENT STATUS REVOKED ON APPEAL: | _____ YES | _X_ | NO |
| INDIGENT STATUS GRANTED ON APPEAL: | ....... YES | _X_ | NO |

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

---

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 04/08/2009        DATE OF SENTENCE: 05/26/2009

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 01/CC 2008 003771.00
CODE: VDRY    CONVICTION: TRAFFICKING-COCA    ACTION: CONVICTED
                                              STATUTE: 13A-012-231(2)
CODE: FPRI    CONVICTION: FAILURE TO AFFIX    ACTION: CONVICTED
                                              STATUTE: 040-17A-004

SENTENCE:    CONF: 00 YRS 00 MOS 000 DAYS
SENTENCE:    PROB: 00 YRS 00 MOS 000 DAYS        LIFE: NO    LIFEWO: YES

---

| POST-JUDGMENT MOTIONS FILED; | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| ___ MOTION FOR NEW TRIAL | _____ | _____ | _____ |
| ___ MOTION FOR JUDG. OF ACQUIT | _____ | _____ | _____ |
| ___ MOTION TO W/D GUILTY PLEA | _____ | _____ | _____ |
| ___ MOTION FOR ATTY TO W/DRAW | _____ | _____ | _____ |
| ___ OTHER _____ | _____ | _____ | _____ |

---

COURT REPORTER(S):
ADDRESS:                          MARTIN ALICIA
                                  RM 706-JUDGE CLYDE JONES
                                  BIRMINGHAM    ,   AL   35203

APPELLATE COUNSEL #1:
ADDRESS:                          BENSON WILLIAM H III
                                  413-B MAIN STREET

                                  TRUSVILLE    ,   AL   35173
PHONE NUMBER:                     205-655-2665
EMAIL ADDRESS:                    WHBENSONIII@YAHOO.COM

APPELLATE COUNSEL #2:
ADDRESS:                          WEINBERG MARTIN EVAN
                                  P.O. BOX 154

                                  SHANNON    ,   AL   35214
PHONE NUMBER:                     205-239-5321
EMAIL ADDRESS:                    MWEINBERG@WATKINSLAWFIRM.COM

APPELLANT (PRO SE):
ADDRESS:                          BESTER DURRELL

AIS #:                            ████████████████████ 2

APPELLEE (IF CITY APPEAL):
ADDRESS:

---

AMENDED TO CORRECT THE SENTENCING DATE

---

I CERTIFY THAT THE INFORMATION PROVIDED                    OPERATOR: LAW
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 08/06/2009
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO         Anne-Marie Adams
THIS ACTION ON THIS _6_ DAY OF _Aug_, 09        ──────────────────────
                                                CIRCUIT COURT CLERK

ACR371

## ALABAMA JUDICIAL DATA CENTER
## NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
### BY THE TRIAL COURT CLERK
### IN THE CIRCUIT COURT OF JEFFERSON COUNTY

STATE OF ALABAMA        VS BESTER DURRELL        JUDGE: CLYDE E JONES

---

APPEAL DATE: 07/08/2009

INDIGENCY STATUS:
GRANTED INDIGENCY STATUS AT TRIAL COURT: _____ YES __X__ NO
APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: _____ YES __X__ NO
INDIGENT STATUS REVOKED ON APPEAL: _____ YES __X__ NO
INDIGENT STATUS GRANTED ON APPEAL: _____ YES __X__ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

---

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 05/26/2009        DATE OF SENTENCE: 05/26/2009

YOUTHFUL OFFENDER STATUS: DENIED                SCANNED

CO/CASE NUMBER: 01/CC 2008 003772.00
CODE: VDR1    CONVICTION: USE/POSS DRUG PA      ACTION: GUILTY PLEA
                                                STATUTE: 13A-012-260(C)

SENTENCE:    CONF: 00 YRS 12 MOS 000 DAYS
SENTENCE:    PROB: 00 YRS 00 MOS 000 DAYS       LIFE: NO    LIFEWO: NO

---

POST-JUDGMENT MOTIONS FILED:        DT FILED        DT DENIED        CON BY AGREE
_____ MOTION FOR NEW TRIAL
_____ MOTION FOR JUDG. OF ACQUIT    _____        _____        _____
_____ MOTION TO W/D GUILTY PLEA     _____        _____        _____
_____ MOTION FOR ATTY TO W/DRAW     _____        _____        _____
_____ OTHER                         _____        _____        _____

---

COURT REPORTER(S):                  MARTIN ALICIA
ADDRESS:                            RM 706-JUDGE CLYDE JONES
                                    BIRMINGHAM    ,    AL    35203

APPELLATE COUNSEL #1:               BENSON WILLIAM H III
ADDRESS:                            413-B MAIN STREET

                                    TRUSVILLE    ,    AL    35173
PHONE NUMBER:                       205-655-2665
EMAIL ADDRESS:                      WHBENSONIII@YAHOO.COM

APPELLATE COUNSEL #2:               WEINBERG MARTIN EVAN
ADDRESS:                            P.O. BOX 154

                                    SHANNON    ,    AL    35214
PHONE NUMBER:                       205-239-5321
EMAIL ADDRESS:                      MWEINBERG@WATKINSLAWFIRM.COM

APPELLANT (PRO SE):                 BESTER DURRELL
ADDRESS:                            ███████████    ,    ███████████

AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

---

I CERTIFY THAT THE INFORMATION PROVIDED           OPERATOR: TED
ABOVE IS ACCURATE TO THE BEST OF MY               PREPARED: 07/21/2009
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS ____ DAY OF JUL 2 1 2009      CIRCUIT COURT CLERK

ACR371

**ALABAMA JUDICIAL DATA CENTER**
**NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS**
**BY THE TRIAL COURT CLERK**
**IN THE CIRCUIT COURT OF JEFFERSON COUNTY**

STATE OF ALABAMA    VS BESTER DURRELL         JUDGE: CLYDE E JONES

APPEAL DATE: 07/08/2009

INDIGENCY STATUS:

| | | |
|---|---|---|
| GRANTED INDIGENCY STATUS AT TRIAL COURT: | ___ YES | _X_ NO |
| APP TRIAL COUNSEL PERMITTED TO W/D ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS REVOKED ON APPEAL: | ___ YES | _X_ NO |
| INDIGENT STATUS GRANTED ON APPEAL: | ___ YES | _X_ NO |

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 05/26/2009          DATE OF SENTENCE: 05/26/2009

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 01/CC 2008 003772.00
CODE: VDR1    CONVICTION: USE/POSS DRUG PA    ACTION: CONVICTED
                                              STATUTE: 13A-012-260(C)

SENTENCE:    CONF: 00 YRS 12 MOS 000 DAYS
SENTENCE:    PROB: 00 YRS 00 MOS 000 DAYS          LIFE: NO   LIFEWO: NO

| POST-JUDGMENT MOTIONS FILED: | DT FILED | DT DENIED | CON BY AGREE |
|---|---|---|---|
| MOTION FOR NEW TRIAL | | | |
| MOTION FOR JUDG. OF ACQUIT | | | |
| MOTION TO W/D GUILTY PLEA | | | |
| MOTION FOR ATTY TO W/DRAW | | | |
| OTHER | | | |

COURT REPORTER(S):
ADDRESS:                              MARTIN ALICIA
                                      RM 706-JUDGE CLYDE JONES
                                      BIRMINGHAM    , AL  35203

APPELLATE COUNSEL #1:
ADDRESS:                              BENSON WILLIAM H III
                                      413-B MAIN STREET

PHONE NUMBER:                         TRUSVILLE    , AL  35173
EMAIL ADDRESS:                        205-655-2665
                                      WHBENSONIII@YAHOO.COM

APPELLATE COUNSEL #2:                 WEINBERG MARTIN EVAN
ADDRESS:                              P.O. BOX 154

PHONE NUMBER:                         SHANNON    , AL  35214
EMAIL ADDRESS:                        205-239-5321
                                      MWEINBERG@WATKINSLAWFIRM.COM

APPELLANT (PRO SE):                   BESTER DURRELL
ADDRESS:                              ███████████████

AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: TED
ABOVE IS ACCURATE TO THE BEST OF MY            PREPARED: 07/23/2009
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO        _Anna Marie Adams_
THIS ACTION ON THIS ___ DAY OF __JUL 2 3 2009    CIRCUIT COURT CLERK

SCANNED  JUL 2 3 2009

ACR371        **ALABAMA JUDICIAL DATA CENTER**
**NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS**
**BY THE TRIAL COURT CLERK**
**IN THE CIRCUIT COURT OF JEFFERSON COUNTY**
STATE OF ALABAMA    VS BESTER DURRELL        JUDGE: CLYDE E JONES

APPEAL DATE: 07/08/2009

INDIGENCY STATUS:
   GRANTED INDIGENCY STATUS AT TRIAL COURT:      ___ YES   _X_ NO
   APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:   _X_ YES   ___ NO
   INDIGENT STATUS REVOKED ON APPEAL:       ___ YES   _X_ NO
   INDIGENT STATUS GRANTED ON APPEAL:       _X_ YES   ___ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION.

DATE OF CONVICTION: 05/26/2009       DATE OF SENTENCE: 05/26/2009

YOUTHFUL OFFENDER STATUS: DENIED

CO/CASE NUMBER: 01/CC 2008 003772.00
CODE: VDR1    CONVICTION: USE/POSS DRUG PA    ACTION: CONVICTED
                                           STATUTE: 13A-012-260(C)

SENTENCE:   CONF: 00 YRS 12 MOS 000 DAYS
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS      LIFE: NO    LIFEWO: NO

POST-JUDGMENT MOTIONS FILED:     DT FILED      DT DENIED      CON BY AGREE
___ MOTION FOR NEW TRIAL
___ MOTION FOR JUDG. OF ACQUIT
___ MOTION TO W/D GUILTY PLEA
___ MOTION FOR ATTY TO W/DRAW
___ OTHER

COURT REPORTER(S):
ADDRESS:                        MARTIN ALICIA
                                RM 706-JUDGE CLYDE JONES
                                BIRMINGHAM     ,    AL    35203

APPELLATE COUNSEL #1:
ADDRESS:

PHONE NUMBER:
EMAIL ADDRESS:

APPELLATE COUNSEL #2:               WEINBERG MARTIN EVAN
ADDRESS:                        P.O. BOX 154

                                SHANNON        ,    AL    35214
PHONE NUMBER:                   205-239-5321
EMAIL ADDRESS:                MWEINBERG@WATKINSLAWFIRM.COM

APPELLANT (PRO SE):               BESTER DURRELL
ADDRESS:                        ████████████

AIS #:                          ██████

APPELLEE (IF CITY APPEAL):
ADDRESS:

AMENDED TO SHOW DEFT INDIGENT & ATTY WM BENSON AS W/DRAWN

I CERTIFY THAT THE INFORMATION PROVIDED             OPERATOR: LAW
ABOVE IS ACCURATE TO THE BEST OF MY           PREPARED: 08/11/2009
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL, ON ALL PARTIES TO    _Anne Marie Adams_
THIS ACTION ON THIS _11_ DAY OF _Aug_ , _09_       CIRCUIT COURT CLERK

_Scanned_

## INDICTMENT

**The State of Alabama,**
JEFFERSON COUNTY

CIRCUIT COURT OF TENTH
JUDICIAL CIRCUIT

The grand jury of said county charge that, before the finding of this indictment,

DURRELL BESTER, alias DURELL BESTER, whose name is to the grand jury otherwise unknown, did knowingly sell, manufacture, deliver, or bring into this state, or was knowingly in actual or constructive possession of 28 grams or more, but less than 500 grams of cocaine or of a mixture containing cocaine, a controlled substance, in violation of Section 13A-12-231 of the Alabama Criminal Code, against the peace and dignity of the State of Alabama.

2nd: The grand jury of said county further charge that before the finding of this indictment, DURRELL BESTER, alias DURELL BESTER, whose name is to the grand jury otherwise unknown, while on March 24, 2008 did possess, distribute, sell, transport, import, transfer or otherwise use marihuana or a controlled substance without having affixed the appropriate stamps, labels or other indicia required by Chapter 17A of Title 40 of the Code of Alabama, 1975, in violation of Section 40-17A-4 of the Code of Alabama, 1975, against the peace and dignity of the State of Alabama.

_Bester W. Fields_
DISTRICT ATTORNEY, TENTH JUDICIAL
CIRCUIT OF ALABAMA

BAIL FIXED AT TWO HUNDRED FIFTY THOUSAND DOLLARS

_G. William Cole_
JUDGE

===========================================================================

GJ NO: 92716    CHARGE: TRAF COC/FTATS    JCID: 00259194    INTAKE: 88993684
WARR NO: 00530630    OFFENSE CODE: 35991041/61030081    NCIC: 3599

D. A. — 46

**OCTOBER SESSION 2008**

## A TRUE BILL

Foreman of the Grand Jury

Presented to the presiding Judge in open court by the foreman of the Grand Jury, in the presence of _____ Grand Jurors and filed in open Court by order of the Court on this the **10TH**, day of **OCTOBER** , **2008**.

Clerk.

## INDICTMENT

### No Prosecutor

I hereby certify that a true copy of this indictment has been served on the defendant this the _____ day of _____, 20 _____ .

**MIKE HALE, Sheriff**

By _____

Deputy Sheriff

*Jail*

**STATE OF ALABAMA**
**UNIFIED JUD. SYSTEM**

**AFFIDAVIT / WARRANT**

**CASE NUMBER**

| ID | YR | NUMBER |

**FORM DC - 8J**     7/89

IN THE DISTRICT COURT OF JEFFERSON COUNTY

**THE STATE VS.**   BESTER, DURRELL

**AGENCY:** JEFF CTY SHERIFF
**OCA:** 08038801

**WARRANT NO.** 530630
**JCID NO.** 259194

**SHERIFF'S INFORMATION:**

SEX MALE   BLACK   EYE BROWN   BLACK

RACE

HEIGHT ABOUT 6 FEET 1 INCHES

SKIN

WEIGHT ABOUT 205 LBS.

SSN

NEAR DOB ABOUT   YEARS OLD

EMPLOYER: DISABLED

**ADDRESS:**

**REMARKS:**   AKA   BESTER, DURELL     BESTER, DURELL

**COMPLAINT:**
PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY EATON, MARK   WHO BEING DULY SWORN, SAYS THAT BESTER, DURRELL   WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY, DID KNOWINGLY SELL, MANUFACTURE, DELIVER, OR BRING INTO THIS STATE, OR WAS KNOWINGLY IN ACTUAL OR CONSTRUCTIVE POSSESSION OF 28 GRAMS OR MORE, BUT LESS THAN 500 GRAMS OF COCAINE OR OF A MIXTURE CONTAINING COCAINE, IN VIOLATION OF SECTION 13A-12-231 OF THE CRIMINAL CODE OF ALABAMA,

MAR 24 2008
MIKE HALE
SHERIFF

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS 26 DAY OF MARCH 2008

MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY     AFFIANT

**TO ANY LAWFUL OFFICER OF SAID STATE,**
YOU ARE HEREBY COMMANDED TO ARREST   BESTER, DURRELL   AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF TRAFFICKING COCAINE: POSS. OR SALE + POTENTIAL ENHANCEMENTS PREFERRED BY EATON, MARK   WITNESS MY HAND THIS 26 DAY OF MARCH 2008

**OFFENSE CODE** 35991041

MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**BOND**
THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF $250,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.

MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

**COMMENTS:**   SUSPECT IN JAIL   HARPER   /SWDK   88993684
JEFFCO THIS CHARGE

EATON, MARK     JCSO VICE 08038801     00000

**RECEIPT**             **EXECUTION**

Received In Office:     Executed by Arresting the Within Named Defendant and

☑ Committed To Jail     ☐ Released on Bond Date

**COURT RECORD**
3/24/09

SHERIFF *MIKE HALE*     BY

THE STATE VS. BESTER, DURRELL
AGENCY JEFF CTY SHERIFF
WITNESSES:
EATON, MARK                    JCSO VICE 08038801

WARRANT NO. 530630
JCID NO. 259194
DATE 3/26/2008

BHAM AL                        731-2793

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2008 003379.00
OPER: ROW                      CASE ACTION SUMMARY
PAGE:    1                      DISTRICT   CRIMINAL                 RUN DATE: 03/27/2008
===============================================================================
IN THE DISTRICT COURT OF JEFFERSON                                        JUDGE: WDL

STATE  OF  ALABAMA                      VS      BESTER DURRELL

CASE: DC 2008 003379.00

DOB:                    SEX: M  RACE: B  HT: 6 01  WT: 220   HR: BLK EYES: BRO
SSN:              ALIAS NAMES:
===============================================================================
CHARGE01: TRAFFICKING-COCAINE  CODE01: VDRY  LIT: TRAFFICKING-CO TYP: F #: 001
OFFENSE DATE: 03/24/2008              AGENCY/OFFICER: 0010000 M EATON

DATE WAR/CAP ISS:                        DATE ARRESTED: 03/24/2008
DATE    INDICTED:                        DATE   FILED: 03/27/2008
DATE    RELEASED:                        DATE  HEARING:
BOND      AMOUNT:     $250,000.00        SURETIES:

DATE 1: 04/01/2008  DESC: CALL           TIME: 1000 A
DATE 2:             DESC:                 TIME: 0000

TRACKING NOS:                      /                      /
   DEF/ATY:                          TYPE:                          TYPE:

                         00000                        00000

PROSECUTOR:

===============================================================================
OTH CSE:    000000000000 CHK/TICKET NO: 530630          GRAND JURY:
COURT REPORTER:                SID NO:     000259194
DEF STATUS: JAIL               DEMAND:                          OPER: ROW
NOTE: **DC08 3378-79
===============================================================================
DATE            ACTIONS, JUDGEMENTS, AND NOTES
===============================================================================
```

| DATE | ACTIONS, JUDGEMENTS, AND NOTES |
|------|-------------------------------|
| 3-28-08 | It appearing to the Court that the defendant is without funds and unable to employ counsel, and being indigent, and upon defendant's request that the Court appoint counsel to represent him in this cause, the court hereby appoints: *Billy Benson* Attorney at Law, to represent him, and the case is passed to the ___ day of ___, ___ at ___ A.M. M. REISSUE   W/L   JUDGE |
| 4-2-08 | Case passed to 4-7-08 at 9:00 a.m. Reissue  DC |

CRO369 A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: DC 2008 003379.00
JUDGE ID:   WDL

STATE   OF   ALABAMA                        VS      BESTER DURRELL

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------|
| 4-9-08 | Case passed to 5/14/08 at 1:30 a.m. Release- prelim WDL  |
| 5-13-08 | Case passed to 7-9-08 at 1:30pc Reissue  WOL  Prelim |
|  | Defendant bound over to the Circuit Court to await the action of the Grand Jury and |
| 7/9/8 | bond is fixed at $ 250,500 |
|  | WM  Judge |

**FELONY CASES**



Court Case Numbers:

DC-08-3329

*2 0803755*



Notice: THIS BOND MUST BE SIGNED with INK and will not be approved if signatures are made with Pencil.

| CONSOLIDATED APPEARANCE BOND | SHERIFF - 28 |
|---|---|

# The State of Alabama,

Jefferson County

Principal (Defendant) and

We, *Darrell Lester*

NAME:
SS#: 1) *Lazandra N. Jubba* *Angelina Mallory*

NAME:
SS#: 3) *Tyrone Stephenson* *Vickey Gray*

NAME:
SS#: 5) *Richard Thomas* 6) *Marilyn Moore*

sureties, agree to pay to the State of Alabama _____ *250,000* _____ Dollars,

unless the said Defendant appears at the present term of the DISTRICT COURT, Jefferson County, Alabama, or at the next session of CIRCUIT COURT of said County; and from term to term thereafter until discharged by law, to answer a criminal prosecution for the offense of

*Trafficking Cocaine*

and we hereby waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt, by the Constitution and Laws of the State of Alabama, and we hereby severally certify that we have property over and above all debts and liabilities to the full amount of the above bond.

Defendant is released on bond on the aforementioned sum with the following conditions: (1) Appear to answer and submit to the orders and process of the Court having jurisdiction of the case; (2) Refrain from committing any criminal offense; (3) Not depart from the State without leave of the Court; (4) Promptly notify the Court of any Change of address; (5) The defendant shall have no contact or communication, in any form, with the Complainant/Alleged Victim. In furtherance of this condition, Defendant shall not be in or upon the premises of the Complainant/Alleged Victim; and the following condition, if applicable: (6) **Report to the TASC Office at 401 Beacon Parkway West, Birmingham, Alabama between the hours of 7:30 a.m. – 4:00 p.m. within 48 hours (or the next business day) of release from jail. For directions or information you may call 917-3780. This condition of release applies only to felony cases.**

(X) *Darrell Lester*

| Defendant Sign This Line | Street Address | City | Zip | Phone Number |
|---|---|---|---|---|

1) *La Zandra Jibbs*

2) *Angelina Mallory*

3) *Tyrone Stephens*

4) *Vickie Gray*

5) *Richard Thomas*

6) *Marilyn Moore* S/A

Approved this the _____ day of *April* 2008 (yr)

*M. Stace Hale* Sheriff; by: *Captain C. Kelvin* Deputy Sheriff

PS 14849

FELONY CASES
CASE NUMBER: ____________

**The State of Alabama**
JEFFERSON COUNTY

OFFICE OF THE SHERIFF

DISTRICT COURT OF JEFFERSON COUNTY
CIRCUIT COURT OF JEFFERSON COUNTY

CONSOLIDATED APPEARANCE BOND

THE STATE
V.S.

---

JEFFERSON COUNTY, ALABAMA

I hereby certify that the sureties on this bond are good and sufficient and if presented to me in my county for approval, I would approve the bond.

____________________ By: ____________________
Mike Hale, Sheriff of Jefferson County — Chief

Date: ____________________

Presented for approval by: ____________________

**FELONY CASES**



Court Case Numbers:

DC - 08 - 3394

2080 3755

Notice: THIS BOND MUST BE SIGNED with INK and will not be approved if signatures are made with Pencil.

| CONSOLIDATED APPEARANCE BOND | SHERIFF - 28 |

# The State of Alabama,

Jefferson County

We, Douvell Bester

Principal (Defendant) and

NAME: (1) Dwkeur Cozwell     2) _____
SS#: ████████████

NAME: (3) (PS. 2)            4) _____
SS#:

NAME: (5) _____      6) _____
SS#:

sureties, agree to pay to the State of Alabama  $150,000.00  Dollars,

unless the said Defendant appears at the present term of the DISTRICT COURT, Jefferson County, Alabama, or at the next session of CIRCUIT COURT of said County; and from term to term thereafter until discharged by law, to answer a criminal prosecution for the offense of ~~Trafficking~~ by Cocaine

and we hereby waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt, by the Constitution and Laws of the State of Alabama, and we hereby severally certify that we have property over and above all debts and liabilities to the full amount of the above bond.

　　　Defendant is released on bond on the aforementioned sum with the following conditions: (1) Appear to answer and submit to the orders and process of the Court having jurisdiction of the case; (2) Refrain from committing any criminal offense; (3) Not depart from the State without leave of the Court; (4) Promptly notify the Court of any Change of address; (5) The defendant shall have no contact or communication, in any form, with the Complainant/Alleged Victim. In furtherance of this condition, Defendant shall not be in or upon the premises of the Complainant/Alleged Victim; and the following condition, if applicable: **(6) Report to the TASC Office at 401 Beacon Parkway West, Birmingham, Alabama between the hours of 7:30 a.m. – 4:00 p.m. within 48 hours (or the next business day) of release from jail. For directions or information you may call 917-3780. This condition of release applies only to felony cases.**

(X) _Denell Bester_ ████████████
Defendant Sign This Line　　　Street Address　　　City　　　Zip　　　Phone Number

(1) Arthur L Conwell ████████████
2)
3) _____
4) (PS. 2) _____
5) _____
6) _____

Approved this the 8th day of April, 2008 (year).

_____ Sheriff; by: _Captain C. Casey_ , Deputy Sheriff
　J.C.O.

PG 14949

State of Alabama
Jefferson County

Revised 2/96

## LIEN AND AFFIDAVIT OF SURETIES
*(Property Owners for Bail)*

Case Number _DC -08 -337_
Charge _Traf, CO Q_

IN THE [ ] Circuit, [ ] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Durrell (Booker_ _____ **Defendant**

Before me, the undersigned authority, personally appeared _Vickey Gray_

_____ as sureties, who first by me being duly sworn, on oath, deposes and says: That he or she possesses the qualifications and is sufficient to become a surety and that he or she is the owner of the following described property, and that he or she pledges the property as collateral on the above-named defendant's bail:

Legal Description of Property Owned: Value:

_37 -23 -2 -0-44_

_13 700_

### TOTAL VALUE

(1) The encumbrances on the above-described property are as follows:

_NONE_

I/We acknowledge that property owners are qualified to make bail in an amount equal to the Total Unencumbered Value.
(2) That the total number of bails, executed for people other than my immediate family within the year including this one is _____, in the aggregate amount of _____.
(3) That the above-listed real property is not exempt from forced sale under the Constitution and laws of the State of Alabama.
(4) That the property is free of mortgages, liens, and encumbrances other than those listed above.
(5) That I am not an attorney, a judicial official, or a person authorized to take bail and that I own property in this state that has a fair market value equal to or greater than the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me.
(6) I have been advised that if I have provided any false information in the above affidavit, I could be charged with a crime and be punished according to the law.

_Vickie Gray_ (L.S.) _____
**Surety** **Address**

_____ (L.S.) _____
**Surety** **Address**

_____ (L.S.) _____
**Surety** **Address**

sworn to and subscribed before me in

_____ , Alabama, on this the

_____ day of _____ , 20 _____ .

_M Beall_ _5 - 7-08_

NOTARY PUBLIC/OFFICER (Title)/PRETRIAL      **DATE**

JAIL-22

State of Alabama
Jefferson County

Revised 2/96

## WAIVER OF HOMESTEAD EXEMPTION
## FOR BOND

Case Number

PC -08-3379

---

IN THE [ ] Circuit, [ ] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Russell Baxter_ _____ Defendant

As (a surety) (sureties) of the bond securing the presence of the above named defendant, in compliance with

Article X, § 210, Constitution of Alabama 1901 and § 6-10-122, Code of Alabama 1975, (I) (we) hereby waive

by this separate instrument (my) (our) right(s) to claim (my) (our) homestead, exempt from execution or other

process for collection of debt necessary for enforcement of the provisions of the bond.

Done this the _____2_____ day of

_____ , 20 _68_ .

_Vickie Gray_
**Surety/Property Owner (Print Name)**

_Vickie Gray_
**Signature of Surety**

████████████████████████
**Address of Surety**

_____
**Spouse of Surety (Print Name)**

_____
**Signature of Spouse**

_____ , a Notary Public in and for the above

named county of the State of Alabama, hereby certify that the surety and [ ] spouse of the surety; whose

name(s) is/are signed to the foregoing instrument, being informed of the instrument, has/have voluntarily

executed and acknowledged the same before me this date.

Given under my hand and seal this the _____ day of _____ , 20 _____ .

My Commission Expires: _____

_M B Hall_
**Notary Public/Judicial Officer/Sheriff/Pretrial**

State of Alabama
Jefferson County

Revised 2/96

## LIEN AND AFFIDAVIT OF SURETIES
*(Property Owners for Bail)*

Case Number _DC-08 - 3379_
Charge _Trax Coc._

IN THE [ ] Circuit, [✓] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Durrell Bester_ _____ Defendant

Before me, the undersigned authority, personally appeared _Richard Thomas_
_and Marilyn Moore_
_____ as sureties, who first by me being duly
sworn, on oath, deposes and says: That he or she possesses the qualifications and is sufficient to become a
surety and that he or she is the owner of the following described property, and that he or she pledges the
property as collateral on the above-named defendant's bail:

Legal Description of Property Owned:          Value:

_30-26-3-26 - 5,000_ # _34,100_

### TOTAL VALUE

(1) The encumbrances on the above-described property are as follows:

I/We acknowledge that property owners are qualified to make bail in an amount equal to the Total
Unencumbered Value.
(2) That the total number of bails, executed for people other than my immediate family within the year includ-
ing this one is _____ 0 _____ , in the aggregate amount of _____ 0 _____ .
(3) That the above-listed real property is not exempt from forced sale under the Constitution and laws of the
State of Alabama.
(4) That the property is free of mortgages, liens, and encumbrances other than those listed above.
(5) That I am not an attorney, a judicial official, or a person authorized to take bail and that I own property
in this state that has a fair market value equal to or greater than the amount of the appearance bond in this
cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of
all other outstanding appearance bonds entered into by me.
(6) I have been advised that if I have provided any false information in the above affidavit, I could be charged
with a crime and be punished according to the law.

_Richard Thomas_ (L.S.) _____
Surety                              Address
_Marilyn Moore_ (L.S.) _____
Surety                              Address  5/04
_____ (L.S.) _____
Surety                              Address

sworn to and subscribed before me in

_____ , Alabama, on this the

_____ day of _____ , 20 _____ .

_____              _4/8/08_
NOTARY PUBLIC/OFFICER (Title) PRETRIAL          DATE

JAIL. -- 28

| State of Alabama Jefferson County Revised 2/96 | WAIVER OF HOMESTEAD EXEMPTION FOR BOND | Case Number DC-08-5379 |

IN THE [ ] Circuit, [ ] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Duovell Bester_ _____ Defendant

As (a surety) (sureties) of the bond securing the presence of the above named defendant, in compliance with Article X, § 210, Constitution of Alabama 1901 and § 6-10-122, Code of Alabama 1975, (I) (we) hereby waive by this separate instrument (my) (our) right(s) to claim (my) (our) homestead, exempt from execution or other process for collection of debt necessary for enforcement of the provisions of the bond.

Done this the ___8th___ day of

___Apr___ , 20_08_ .

_Richard Thomas_
**Surety/Property Owner (Print Name)**

_Richard Thomas_
**Signature of Surety**

████████████████████
████████████████████
**Address of Surety**

_Marilyn Moore_
**Spouse of Surety (Print Name)**

_Marilyn Moore_
**Signature of Spouse**

_____ , a Notary Public in and for the above named county of the State of Alabama, hereby certify that the surety and [ ] spouse of the surety; whose name(s) is/are signed to the foregoing instrument, being informed of the instrument, has/have voluntarily executed and acknowledged the same before me this date.

Given under my hand and seal this the _____ day of _____ , 20 _____ .

My Commission Expires: _____

_____
**Notary Public/Judicial Officer/Sheriff/Pretrial**

47

State of Alabama
Jefferson County

Revised 2/96

## LIEN AND AFFIDAVIT OF SURETIES
*(Property Owners for Bail)*

Case Number _DC -08 -3379_

Charge _TVOL. COR_

IN THE [ ] Circuit, [ X District ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Durrell Syster_ _____ Defendant

Before me, the undersigned authority, personally appeared _Gazandra N. Jolles_

_____ as sureties, who first by me being duly sworn, on oath, deposes and says: That he or she possesses the qualifications and is sufficient to become a surety and that he or she is the owner of the following described property, and that he or she pledges the property as collateral on the above-named defendant's bail:

Legal Description of Property Owned:          Value:

_1.3 - 25 - 3 - 3 - 2.7 - 000_          _71,900_

_____          _____

_____          _____

TOTAL VALUE

(1) The encumbrances on the above-described property are as follows:

_Mortgage_

_____

I/We acknowledge that property owners are qualified to make bail in an amount equal to the Total Unencumbered Value.

(2) That the total number of bails, executed for people other than my immediate family within the year including this one is _____, in the aggregate amount of _____.

(3) That the above-listed real property is not exempt from forced sale under the Constitution and laws of the State of Alabama.

(4) That the property is free of mortgages, liens, and encumbrances other than those listed above.

(5) That I am not an attorney, a judicial official, or a person authorized to take bail and that I own property in this state that has a fair market value equal to or greater than the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me.

(6) I have been advised that if I have provided any false information in the above affidavit, I could be charged with a crime and be punished according to the law.

_Gazandra Jolles_ (L.S.) _____
Surety                                         Address

_____ (L.S.) _____
Surety                                         Address

_____ (L.S.) _____
Surety                                         Address

sworn to and subscribed before me in

_____, Alabama, on this the

_____ day of _____, 20 _____ .

_25 March 2008_

NOTARY PUBLIC/OFFICER (Title)/PRETRIAL          DATE

JAN. – 23

State of Alabama
Jefferson County

Revised 2/96

**WAIVER OF HOMESTEAD EXEMPTION
FOR BOND**

Case Number

$PC-08-3379$

IN THE [ ] Circuit, [ ✓ District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Russell Lester_ Defendant

As (a surety) (sureties) of the bond securing the presence of the above named defendant, in compliance with

Article X, § 210, Constitution of Alabama 1901 and § 6-10-122, Code of Alabama 1975, (I) (we) hereby waive

by this separate instrument (my) (our) right(s) to claim (my) (our) homestead, exempt from execution or other

process for collection of debt necessary for enforcement of the provisions of the bond.

Done this the __25__ day of

__March__, 20_08_.

_Lazandra N. Jelks_
Surety/Property Owner (Print Name)

_Lazandra Jelks_
Signature of Surety

_____
Address of Surety

_____
Spouse of Surety (Print Name)

_____
Signature of Spouse

_____, a Notary Public in and for the above

named county of the State of Alabama, hereby certify that the surety and [ ] spouse of the surety; whose

name(s) is/are signed to the foregoing instrument, being informed of the instrument, has/have voluntarily

executed and acknowledged the same before me this date.

Given under my hand and seal this the _____ day of _____, 20 _____.

My Commission Expires: _____

_____
Notary Public/Judicial Officer/Sheriff/Pretrial

State of Alabama
Jefferson County

Revised 2/96

## LIEN AND AFFIDAVIT OF SURETIES
*(Property Owners for Bail)*

Case Number _DC-08-33?A_
Charge _CC of i CoC_

IN THE [ ] Circuit, [✓District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. ___Durrell Lester___ Defendant

Before me, the undersigned authority, personally appeared ___Angelina Mallory___

_____ as sureties, who first by me being duly sworn, on oath, deposes and says: That he or she possesses the qualifications and is sufficient to become a surety and that he or she is the owner of the following described property, and that he or she pledges the property as collateral on the above-named defendant's bail:

Legal Description of Property Owned: Value:

___22-12-3-16-3-001-001___  ___50,700___

### TOTAL VALUE

(1) The encumbrances on the above-described property are as follows:

___No Mortgage___

I/We acknowledge that property owners are qualified to make bail in an amount equal to the Total Unencumbered Value.
(2) That the total number of bails executed for people other than my immediate family within the year including this one is _____, in the aggregate amount of _____,
(3) That the above-listed real property is not exempt from forced sale under the Constitution and laws of the State of Alabama.
(4) That the property is free of mortgages, liens, and encumbrances other than those listed above.
(5) That I am not an attorney, a judicial official, or a person authorized to take bail and that I own property in this state that has a fair market value equal to or greater than the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me.
(6) I have been advised that if I have provided any false information in the above affidavit, I could be charged with a crime and be punished according to the law.

___Angelina Mallory___ (L.S.) _____
Surety                                    Address

_____ (L.S.) _____
Surety                                    Address

_____ (L.S.) _____
Surety                                    Address

sworn to and subscribed before me in

_____, Alabama, on this the

_____ day of _____, 20 ___.

_____          ___28 March 2008___
NOTARY PUBLIC/OFFICER (Title) PRETRIAL          DATE

JAIL/23

| State of Alabama<br>Jefferson County | WAIVER OF HOMESTEAD EXEMPTION<br>FOR BOND | Case Number<br>DC-08-3379 |
|---|---|---|
| Revised 2/96 | | |

IN THE [ ] Circuit, [ ✓ ] District, [ ✓ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Surrell Feeler_ _____ Defendant

As (a surety) (sureties) of the bond securing the presence of the above named defendant, in compliance with

Article X, § 210, Constitution of Alabama 1901 and § 6-10-122, Code of Alabama 1975, (I) (we) hereby waive

by this separate instrument (my) (our) right(s) to claim (my) (our) homestead, exempt from execution or other

process for collection of debt necessary for enforcement of the provisions of the bond.

Done this the __28__ day of

__March__, 20 _08_ .

_Angelina Mallory_
Surety/Property Owner (Print Name)

_Angelina Mallory_
Signature of Surety

_____
Address of Surety

_____
Spouse of Surety (Print Name)

_____
Signature of Spouse

_____ , a Notary Public in and for the above

named county of the State of Alabama, hereby certify that the surety and [ ] spouse of the surety; whose

name(s) is/are signed to the foregoing instrument, being informed of the instrument, has/have voluntarily

executed and acknowledged the same before me this date.

Given under my hand and seal this the _____ day of _____ , 20 _____ .

My Commission Expires: _____

_____
Notary Public/Judicial Officer/Sheriff/E-retrial

State of Alabama
Jefferson County

**LIEN AND AFFIDAVIT OF SURETIES**
*(Property Owners for Bail)*

Case Number: _DC-08-3329_

Charge: _Ciar. COC_

Revised 2/96

IN THE [ ] Circuit, [ ] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Durrell Lester_ _____ Defendant

Before me, the undersigned authority, personally appeared _Tyrone Stephenson_ _____ as sureties, who first by me being duly sworn, on oath, deposes and says: That he or she possesses the qualifications and is sufficient to become a surety and that he or she is the owner of the following described property, and that he or she pledges the property as collateral on the above-named defendant's bail:

Legal Description of Property Owned:  Value:

_38-10-3-42-001_      _78,800_

TOTAL VALUE

(1) The encumbrances on the above-described property are as follows:

I/We acknowledge that property owners are qualified to make bail in an amount equal to the Total Unencumbered Value.

(2) That the total number of bails, executed for people other than my immediate family within the year including this one is _____, in the aggregate amount of _____

(3) That the above-listed real property is not exempt from forced sale under the Constitution and laws of the State of Alabama.

(4) That the property is free of mortgages, liens, and encumbrances other than those listed above.

(5) That I am not an attorney, a judicial official, or a person authorized to take bail and that I own property in this state that has a fair market value equal to or greater than the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me.

(6) I have been advised that if I have provided any false information in the above affidavit, I could be charged with a crime and be punished according to the law.

_____ (L.S.)
Surety

_____ (L.S.)
Surety                    Address

_____ (L.S.)
Surety                    Address

sworn to and subscribed before me in

_____, Alabama, on this the

____ day of _____, 20 ____ .

NOTARY PUBLIC/OFFICER (Title) PRETRIAL

JAIL-23

_28 March 2018_
DATE

| State of Alabama<br>Jefferson County | **WAIVER OF HOMESTEAD EXEMPTION**<br>**FOR BOND** | Case Number |
|---|---|---|
| Revised 2/96 | | DC-08-3374 |

IN THE [ ] Circuit, [ ] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _____Russell Bealer_____ Defendant

As (a surety) (sureties) of the bond securing the presence of the above named defendant, in compliance with Article X, § 210, Constitution of Alabama 1901 and § 6-10-122, Code of Alabama 1975, (I) (we) hereby waive by this separate instrument (my) (our) right(s) to claim (my) (our) homestead, exempt from execution or other process for collection of debt necessary for enforcement of the provisions of the bond.

Done this the __28__ day of

__March__, 2008.

_Tyrone Stephenson_
Surety/Property Owner (Print Name)

_Tyrone Stephenson_
Signature of Surety

_____
Address of Surety

_____
Spouse of Surety (Print Name)

_____
Signature of Spouse

_____, a Notary Public in and for the above named county of the State of Alabama, hereby certify that the surety and [ ] spouse of the surety; whose name(s) is/are signed to the foregoing instrument, being informed of the instrument, has/have voluntarily executed and acknowledged the same before me this date.

Given under my hand and seal this the _____ day of _____, 20 _____.

My Commission Expires: _____

_____
Notary Public/Judicial Officer/Sheriff/Pretrial

| State of Alabama Jefferson County | **LIEN AND AFFIDAVIT OF SURETIES** *(Property Owners for Bail)* | Case Number _DC-08-3379_ Charge _CrO7. COCr_ |
| --- | --- | --- |
| Revised 2/96 | | |

IN THE [ ] Circuit, [ ✓ ] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _Douvell Bestor_ _____ Defendant

Before me, the undersigned authority, personally appeared _Arthur Conwar_

_____, as sureties, who first by me being duly sworn, on oath, deposes and says: That he or she possesses the qualifications and is sufficient to become a surety and that he or she is the owner of the following described property, and that he or she pledges the property as collateral on the above-named defendant's bail:

Legal Description of Property Owned:                    Value:

_38-2-3-27 -7,000_                    _$10,000_

### TOTAL VALUE

(1) The encumbrances on the above-described property are as follows:

_____

_____

I/We acknowledge that property owners are qualified to make bail in an amount equal to the Total Unencumbered Value.
(2) That the total number of bails, executed for people other than my immediate family within the year including this one is _____, in the aggregate amount of _____ .
(3) That the above-listed real property is not exempt from forced sale under the Constitution and laws of the State of Alabama.
(4) That the property is free of mortgages, liens, and encumbrances other than those listed above.
(5) That I am not an attorney, a judicial official, or a person authorized to take bail and that I own property in this state that has a fair market value equal to or greater than the amount of the appearance bond in this cause, exclusive of property exempt from execution and above and over all liabilities, including the amount of all other outstanding appearance bonds entered into by me.
(6) I have been advised that if I have provided any false information in the above affidavit, I could be charged with a crime and be punished according to the law.

_Arthur L. Conwar_ (L.S.) ▓▓▓▓▓▓▓▓▓▓
Surety                                   Address

_____ (L.S.) ▓▓▓▓▓▓▓▓▓▓
Surety                                   Address

_____ (L.S.) _____
Surety                                   Address

sworn to and subscribed before me in

_____ , Alabama, on this the

_____ day of _____ , 20 _____ .

_____          _4/8/08_
NOTARY PUBLIC/OFFICER (Title)PRETRIAL          DATE

JAIL – 23

| State of Alabama<br>Jefferson County<br><br>Revised 2/08 | **WAIVER OF HOMESTEAD EXEMPTION**<br>**FOR BOND** | Case Number<br><br>$DC-08-3379$ |
|---|---|---|

IN THE [ ] Circuit, [ ✓ ] District, [ ] Family COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA V. _____ Douvell Bexter _____ Defendant

As (a surety) (sureties) of the bond securing the presence of the above named defendant, in compliance with Article X, § 210, Constitution of Alabama 1901 and § 6-10-122, Code of Alabama 1975, (I) (we) hereby waive by this separate instrument (my) (our) right(s) to claim (my) (our) homestead, exempt from execution or other process for collection of debt necessary for enforcement of the provisions of the bond.

Done this the _____ 8th _____ day of

_____ April _____ , 20 08 .

_____ Arthur Conell _____          _____ arthur L Conner _____
Surety/Property Owner (Print Name)          Signature of Surety

_____ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ _____
_____ ▓▓▓▓▓▓▓▓▓▓▓▓ _____
          Address of Surety

_____          _____
Spouse of Surety (Print Name)          Signature of Spouse

_____ , a Notary Public in and for the above named county of the State of Alabama, hereby certify that the surety and [ ] spouse of the surety; whose name(s) is/are signed to the foregoing instrument, being informed of the instrument, has/have voluntarily executed and acknowledged the same before me this date.

Given under my hand and seal this the _____ day of _____ , 20 _____ .

My Commission Expires: _____

_____
Notary Public/Judicial Officer/Sheriff/Pretrial

## IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA,     )
    )
    )
vs.     )     **CASE NUMBERS:**   DC-08-3378 and
    )                         DC-08-3379
    )
DURRELL BESTER,     )
    )
    Defendant.     )

## MOTION FOR PRELIMINARY HEARING

Pursuant to Alabama Rules of Criminal Procedure 5.1(a), the Defendant, DURRELL BESTER, by and through his counsel, shows the Court that he was arrested on or about March 24, 2008, and charged with the felony offense of trafficking illegal drugs, specifically, cocaine and the offense of possession of drug paraphernalia.

The Defendant further shows that he is currently incarcerated in the Jefferson County Jail under a total of Two Hundred Fifty Three Thousand Dollar ($253,000.00) bond, and the Defendant shows that he cannot hope to make and post such a large bond.

Wherefore, the Defendant respectfully requests that a preliminary hearing under the provisions of the Alabama Rules of Criminal Procedure be scheduled and held at the earliest practicable date.

Respectfully submitted,

William H. Benson
State Bar I.D. No. BEN047

**OF COUNSEL:**
729 9th Avenue South
Birmingham, Alabama 35205
(205)458-3910

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Reduction of Bail, upon counsel via hand delivery this the 9th day of April, 2008:

Kechia Sanders, Esq.
Assistant District Attorney
Criminal Justice Center
801 Richard Arrington Jr. Blvd. N
Birmingham, Alabama 35203


**OF COUNSEL**

# IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA,                    )
                                     )
                                     )
vs.                                  )        CASE NUMBERS:  DC-08-3378 and
                                     )                       DC-08-3379
                                     )
DURRELL BESTER,                      )
                                     )
            Defendant.               )

## MOTION FOR REDUCTION OF BAIL

The Defendant, DURRELL BESTER, by and through his attorney and pursuant to the Alabama Rules of Criminal Procedure, respectfully moves this Honorable Court to reduce the bail amounts set in the above causes to a reasonable amount. As grounds for this motion, the Defendant states:

1.    The Defendant's bail in DC-08-3378 (possession of drug paraphernalia) is set at Three Thousand Dollars ($3,000.00) and the bail in DC-08-3379 (trafficking cocaine) is set at Two Hundred and Fifty Thousand Dollars ($250,000.00). The Defendant is financially unable to post the bail as presently set. Accordingly, the Defendant at this time is incarcerated in the Jefferson County jail.

2.    The present amount of bail set in these causes are excessive in violation of the constitutional proscription against excessive bail guaranteed to the Defendant by Section 16 of the Declaration of Rights of the Alabama Constitution and the Eighth and Fourteenth Amendments of the United States Constitution.

3.    The Defendant respectfully moves this Honorable Court to reduce the bail in these cases and set said bail amounts to a reasonable amount of bail.

Respectfully submitted,

William H. Benson
State Bar I.D. No. BEN047

**OF COUNSEL:**
729 9th Avenue South
Birmingham, Alabama 35205
(205)458-3910

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Reduction of Bail, upon counsel of in open court this the 2nd day of April, 2008:

Kechia Sanders, Esq.
Assistant District Attorney
Criminal Justice Center
801 Richard Arrington Jr. Blvd. N
Birmingham, Alabama 35203

**OF COUNSEL**

59

CRO368  ALABAMA  JUDICIAL  INFORMATION  CENTER

JEFFERSON  DISTRICT  CRIMINAL    CASE: DC 2008 003379.00
FEE SHEET

| CRIMINAL FEE SUMMARY | DATE | DATE | DATE | DATE |
|---|---|---|---|---|
| | AMT | AMT | AMT | AMT |
| 1. DOCKET FILING FEE | | | | |
| MISDEMEANOR $150.00 | | | | |
| DIST FEL PG $223.00 | 4 6 | | | |
| FELONY $223.00 | | | | |
| 2. PREL HEARNG $46.00 | | | | |
| 3. SERVICE FEES | 6 | | | |
| WITNS SUBP EA.($8) X2 | | | | |
| FORF ($10EA OVER 1) | | | | |
| SERVICE CHARGE | | | | |
| 4. BOND FORF. $83.00 | | | | |
| 5. PUB LAW LIB TAX$4.00 | | | | |
| 6. P.O.S.T $3.00 | | | | |
| FAM COURT $4.00 | | | | |
| 7. LOWER COURT COST | | | | |
| SUB TOTAL | | | | |
| 8. FINES | | | | |
| 9. RESTITUTION | | | | |
| 10.CRIMINAL HSTRY $30 | | | | |
| 11.ATTORNEY FEES | | | | |
| 12.DRUG ABUSE FEE $10 | | | | |
| 13.CRIME VICTIMS | | | | |
| TOTAL COST | 62 | | | |

STATE OF ALABAMA

VS

BESTER DURRELL

G J #:            JUDGE ID:WDL
D C #:GJ 2008 001997.00

TRAFFICKING-COCAINE

| CASH RECEIPTS/FROM | DATE | RECP NO | AMT RECV |
|---|---|---|---|

| DISBURSMENTS/PAID | DATE | CHECK NO | AMT PAID |
|---|---|---|---|

| WITNESS / NAME | FOR S/D | ISS | EXEC | DATE DUE ISS | EXEC |
|---|---|---|---|---|---|
| EATON MARK  W001 | | | | | |

# A R R A S T

STATE OF ALABAMA          JEFFERSON COUNTY          DISTRICT COURT

AGENCY NUMBER: 080309059          WARRANT NUMBER: WR 2008 000765.00
OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST     DURRELL BESTER    AND BRING
HIM/HER BEFORE THE DISTRICT   COURT OF JEFFERSON COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
          USE/POSS DRUG PARAPH   CLASS: A   TYPE: M   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 26 DAY OF MARCH, 2008.

BOND SET AT: (1)      $3,000.00   BOND TYPE:
             (2) _____
             (3) _____

_Jarlene Coker_
JUDGE/CLERK/MAGISTRATE OF DISTRICT   COURT

---

CHARGES: USE/POSS DRUG PARAPH  13A-012-260(C)      M  MISDEMEANOR

---

NAME: DURRELL BESTER                    ALIAS:
ADDRESS:                                ALIAS:
ADDRESS: ▮▮▮▮▮▮▮▮
CITY: ▮▮▮▮▮▮      STATE: AL      ZIP: ▮▮▮▮▮▮▮
                                PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: ▮▮▮▮▮      RACE: B      SEX: M      HAIR: BLK
EYE: BRO  HEIGHT: 6'01"   WEIGHT: 220
SID: 000000000  SSN: ▮▮▮▮▮▮▮     DL NUM:

---

## E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( )   PLACING DEFENDANT IN THE JEFFERSON COUNTY JAIL

( )   RELEASING DEFENDANT ON APPEARANCE BOND

_____

THIS  26TH  DAY OF  MARCH                    2008

_MIKE HALE_
SHERIFF

---

COMPLAINANT:   EATON DEP M W
               JCSO 325-1450
               NARC
               BIRMINGHAM  AL   35203

OPERATOR: MEC     DATE: 03/26/2008

COMMITTED TO JAIL
MAR 2 4 2008
MIKE HALE
SHERIFF

CRO372                    ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: DC 2008 003378.00
OPER: ROW                        CASE ACTION SUMMARY
PAGE:    1                        DISTRICT   CRIMINAL              RUN DATE: 03/27/2008
================================================================================
IN THE DISTRICT COURT OF JEFFERSON                                       JUDGE: WDL

STATE   OF   ALABAMA              VS      BESTER DURRELL

CASE: DC 2008 003378.00

DOB:                    SEX: M  RACE: B  HT: 6 01  WT: 220  HR: BLK EYES: BRO
SSN:              ALIAS NAMES:
CHARGE01: USE/POSS DRUG PARAPH CODE01: VDR1  LIT: USE/POSS DRUG  TYP: M #: 001
OFFENSE DATE: 03/24/2008          AGENCY/OFFICER: 0010000 M EATON

DATE WAR/CAP ISS:                 DATE ARRESTED: 03/24/2008
DATE    INDICTED:                 DATE    FILED:  03/27/2008
DATE    RELEASED:                 DATE  HEARING:
BOND     AMOUNT:       $3,000.00          SURETIES:

DATE 1: 04/01/2008  DESC: HEAR          TIME: 0900 A
DATE 2:             DESC:               TIME: 0000

TRACKING NOS: WR 2008 000765 00  /                      /

    DEF/ATY:                     TYPE:                              TYPE:

                        00000                            00000

PROSECUTOR:

================================================================================
OTH CSE: WR200800076500 CHK/TICKET NO: 530697          GRAND JURY:
COURT REPORTER:                  SID NO:     000259194
DEF STATUS: JAIL                 DEMAND:                          OPER: ROW
NOTE: **DC08 3378-79
================================================================================
DATE              ACTIONS,  JUDGEMENTS,  AND  NOTES
================================================================================

3-28-08          It appearing to the Court that the defendant
                 is without funds and unable to employ counsel,
                 and being indigent, and upon defendant's request
                 that the Court appoint counsel to represent him
                 in this cause, the court hereby appoints:

                 Billy Benson                Attorney at Law,
                 to represent him, and the case is
                 passed to the ___ day of May , 08
                 at      9:00 A.M. REISSUE

                                  WDL
                                  JUDGE

4-2-08           Case passed to 4-9-08 at 9:00 m. Reissue WDL

CRO369 A L A B A M A  J U D I C I A L  I N F O R M A T I O N  C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: DC 2008 003378.00
JUDGE ID: WDL

STATE OF ALABAMA                    VS    BESTER DURRELL

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 4-9-08 | Case passed to 5-14-08 at 1:30 p.m. Reissue WDL prelix |
| 5:14:08 | Case passed to 7-9-08 at 1:38 m. Reissue WDL prelim |
| 7\9\?\6 | The court hereby transfers this case to the Circuit Court for the Tenth Judicial Circuit. Bond set at ___ |

# JEFFERSON COUNTY JAIL

## IDENTIFICATION CARD

JL # 2D032756 JCID # 253104 CLASS 2V63 DATE 03-24-2008

BOOKING DEP. CBP SEARCH DEP. CELL # B-0-12 TIME 1335

NAME OYSTER, DURRELL
TRUE NAME

| CHARGE | WARRANT # | BOND | CASE # |
|---|---|---|---|
| POSS | | | |
| TRAFFIC | | | |

HOLDOVER POST DOWN
NONE

PROPERTY $0.00

PL. _signature_

SIGNATURE X
(SIGNATURE DENOTES RECEIPT OF PROPERTY ITEMS LISTED)

**FILED IN OFFICE**
DISTRICT CRIMINAL

MAR 2 5 2008

**ANNE-MARIE ADAMS**
Clerk

### EMERGENCY INFORMATION

NAME PARIS CONWELL PHONE ████████
ADDRESS

HOME PHONE ████████ BIRTH PLACE AL . RACE B SEX M AGE ███

DOB: ████████ WGT. 205 HGT. 5'03 EYES BRO HAIR BLK
SSN # ████████ AIS # 21809420

LIVES ████████
MARRIED/SINGLE S SPOUSE'S FIRST NAME
EMPLOYED BY DISABLED

FATHER HINES, JOHNNY MOTHER DOROTHY
ADDRESS (B)585 1(1)BIRMINGHAM

COMMITTING ORI AL0010003 ARRESTING OFFICER
AGENCY 7050 BADGE # DANIELS3

STATE OF ALABAMA
VS.
*Durrell Baxter*

DISTRICT CRIMINAL COURT OF
JEFFERSON COUNTY, ALABAMA

### ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE

This is a first appearance hearing. You are charged with committing the criminal offense of *Poss Drug Parap, Traffic Cocaine*

In the Birmingham Division of Jefferson County. The purpose of this hearing is to insure that you know and understand the charge or charges against you. At this hearing, there will be no determination made of your guilt or innocence as to the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the magistrate will determine whether there is a probable cause for the charge against you. Another purpose is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered or whether you should be released upon your personal recognizance, that is, your promise to appear for future court proceedings, or released in the custody of some responsible person. In order for me to make this determination, it will be necessary for me to ask you some questions concerning your ties with the community.

You have a right to an attorney. You have a right to have your own attorney and will be given time and opportunity to hire an attorney. If you are unable to afford an attorney, the court will appoint one for you if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination. Your have a right to talk with your attorney, family or friends. You have a right to remain silent. Anything you say may be used against you. If you are charged with a felony, unless you have been charged by indictment returned by the Grand Jury, you are entitled to demand a preliminary hearing before a judge to determine whether there is sufficient evidence to establish that you probably committed the crime or crimes charged, he will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then he will dismiss the charge and discharge you from further custody or pretrial obligations subject to the right of the prosecution to reinstate the charge against you at a later time.

If released from custody, you are instructed to notify the court promptly of any change of your address.

I have read or have had read to me the above, and I understand my rights.

March 25, 2008
X *Durell Baxter*
DEFENDANT                    DEFENDANT'S ADDRESS

---

The defendant was brought before the court for Initial Appearance March 25, 2008 where upon the Court:

1. (X) determined the correct name and address of the Defendant.
2. (X) Informed the Defendant of the charges against him.
3. (X) Informed the Defendant of Defendant's right to hire an attorney.
   (X) Advised the defendant that if he is unable to obtain counsel and is indigent that the court will appoint counsel for the Defendant.
4. (X) Informed the Defendant that he has the right to remain silent.
5. (X) Set in the conditions for his release subject to the mandatory provisions prescribed in Rule 7.3 ( R ) A. R Criminal Procedures. The defendant's bond is set as follows:
   ( ) Recognized ( ) Unsecured ( ) Secured ( ) Other Conditions:
6. (X) Informed the Defendant of his right to a preliminary hearing in this case if requested:

DATE: March 25, 2008          *WDL*
                                              Judge

20803755



Court Case Numbers:

DC - O8 - 3378

**Notice: THIS BOND MUST BE SIGNED with INK and will not be approved if signatures are made with Pencil.**

CONSOLIDATED APPEARANCE BOND                                    SHERIFF - 28

## The State of Alabama,
### JEFFERSON COUNTY

We, _Durrell Bester_

Principal (Defendant) and

NAME: 1) _Lobultta Myrseks_    2) _____
SS#:

NAME: 3) _____    4) _____
SS# :

NAME: 5) _____    6) _____
SS# :

sureties, agree to pay to the State of Alabama    $ _3000._⁰⁰ _____ Dollars,

unless the said Defendant appears at the present term of the DISTRICT COURT, Jefferson County, Alabama, or at the next session of CIRCUIT COURT of said County; and from term to term thereafter until discharged by law, to answer a criminal prosecution for the offense of _Possession of Drug Paraphernalia_

and we hereby waive the benefit of all laws exempting property from levy and sale under execution or other process for the collection of debt, by the Constitution and Laws of the State of Alabama, and were hereby severally certify that we have property over and above all debts and liabilities of the full amount of the above bond.

Defendant is released on bond on the aforementioned sum with the following conditions: (1) Appear to answer and submit to the orders and process of the Court having jurisdiction of the case; (2) Refrain from committing any criminal offense; (3) Not depart from the State without leave of the Court; (4) Promptly notify the Court of any Change of address; (5) The defendant shall have no contact or communication, in any form, with the Complainant / Alleged Victim. In furtherance of this condition, Defendant shall not be in or upon the premises of the Complainant / Alleged Victim; and (6) the following conditions, if applicable:

(6): _____

(7): _____

(X) _Durrell Bester_    _____
Defendant Sign This Line    Street Address    City    Zip    Phone Number

1) _____
2) _____
3) _____
4) _____
5) _____
6) _____

Approved this the _8th_ day of _April_, 20 _08_

_____ Sheriff, by _Captain Calloway_ Deputy Sheriff

# IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA,       )
                      )
vs.                       )    CASE NUMBERS:  DC-08-3378 and
                      )                         DC-08-3379
                      )
DURRELL BESTER,        )
                      )
        Defendant.    )

## MOTION FOR PRELIMINARY HEARING

Pursuant to Alabama Rules of Criminal Procedure 5.1(a), the Defendant, DURRELL BESTER, by and through his counsel, shows the Court that he was arrested on or about March 24, 2008, and charged with the felony offense of trafficking illegal drugs, specifically, cocaine and the offense of possession of drug paraphernalia.

The Defendant further shows that he is currently incarcerated in the Jefferson County Jail under a total of Two Hundred Fifty Three Thousand Dollar ($253,000.00) bond, and the Defendant shows that he cannot hope to make and post such a large bond.

Wherefore, the Defendant respectfully requests that a preliminary hearing under the provisions of the Alabama Rules of Criminal Procedure be scheduled and held at the earliest practicable date.

Respectfully submitted,

William H. Benson
State Bar I.D. No. BEN047

**OF COUNSEL:**
729 9th Avenue South
Birmingham, Alabama 35205
(205)458-3910

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Reduction of Bail, upon counsel via hand delivery this the 9th day of April, 2008:

Kechia Sanders, Esq.
Assistant District Attorney
Criminal Justice Center
801 Richard Arrington Jr. Blvd. N
Birmingham, Alabama 35203

**OF COUNSEL**

# IN THE DISTRICT COURT OF JEFFERSON COUNTY, ALABAMA

STATE OF ALABAMA, )
)
)
vs. )        CASE NUMBERS:  DC-08-3378 and
)                                    DC-08-3379
)
DURRELL BESTER, )
)
Defendant. )

## MOTION FOR REDUCTION OF BAIL

The Defendant, DURRELL BESTER, by and through his attorney and pursuant to the Alabama Rules of Criminal Procedure, respectfully moves this Honorable Court to reduce the bail amounts set in the above causes to a reasonable amount. As grounds for this motion, the Defendant states:

1.    The Defendant's bail in DC-08-3378 (possession of drug paraphernalia) is set at Three Thousand Dollars ($3,000.00) and the bail in DC-08-3379 (trafficking cocaine) is set at Two Hundred and Fifty Thousand Dollars ($250,000.00). The Defendant is financially unable to post the bail as presently set. Accordingly, the Defendant at this time is incarcerated in the Jefferson County jail.

2.    The present amount of bail set in these causes are excessive in violation of the constitutional proscription against excessive bail guaranteed to the Defendant by Section 16 of the Declaration of Rights of the Alabama Constitution and the Eighth and Fourteenth Amendments of the United States Constitution.

3.    The Defendant respectfully moves this Honorable Court to reduce the bail in these cases and set said bail amounts to a reasonable amount of bail.

Respectfully submitted,

William H. Benson
State Bar I.D. No. BEN047

**OF COUNSEL:**
729 9th Avenue South
Birmingham, Alabama 35205
(205)458-3910

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Reduction of Bail, upon counsel of in open court this the 2nd day of April, 2008:

Kechia Sanders, Esq.
Assistant District Attorney
Criminal Justice Center
801 Richard Arrington Jr. Blvd. N
Birmingham, Alabama 35203

**OF COUNSEL**

**OFFENSE**

Unl. Poss. Drug Para.

**CASE #**

20080309059

**SS#**

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

# DEPOSITION

Date 03-26 . 2008

Issued _____

Refused _____

Bond $3000.00

Magistrate _____

Personally appeared before me, M.W. Eaton _____, being by me first duly sworn, deposes and says:

On 03-24-2008 _____ at 350 Valley avenue Birmingham, AL 35209 _____ the

(Date)                              (Location)

following incident occurred: The subject was a passenger in a vehicle that was stopped for having an obscured tag. I had a search warrant for the subject and his residence so he was taken into custody. I deployed my K-9 partner, Pepsi, on the vehicle. Pepsi indicated passively on a black bag in the bed of the truck that belonged to this subject. Inside this bag I located a black plastic box that contained syringes, burnt brillo pads, an ashtray, a pill splitter, and a push rod for a crack pipe.

**Suspect Information**

Name Bester, Durrell _____ Race Black _____ Sex male _____ DOB _____

Height: 6 ft. 1 in.    Weight: 220    Hair Color: Black    Eye Color: Brown

Resident Address _____

Works Unemployed _____

Relation to Victim None _____

**Victim**

State of Alabama

(Name)                    (Address)                    (Phone Number)

**Witnesses**

_____

_____

**if injury to a person**

Medical examination? Yes ____ No ____ Doctor or hospital _____

Results _____

**If damage to property**

Describe property stolen or damaged _____

Amount of damage _____

Narlene Coker
Magistrate

Affiant

# ALABAMA UNIFORM ARREST REPORT

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes  ☐ No | ☐ Yes  ☐ No |

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0 0 1 0 0 0 | Jefferson County Sheriff's Office | 0 8 0 3 0 9 0 5 9 | |

**5 LAST, FIRST, MIDDLE NAME:** Bester, Durrell

**6 ALIAS AKA:**

| 7 SEX ☒ M ☐ F | 8 RACE ☒ W 1 ☐ 2 ☐ 3 ☐ 4 | 9 HGT 6'1 | 10 WGT 220 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN | 14 ☐ 1 SCARS ☐ 2 MARKS ☐ 3 TATTOOS ☐ 4 AMPUTATIONS |
|---|---|---|---|---|---|---|---|

| 15 (PLACE OF BIRTH) City, State | 16 SSN | 17 DATE OF BIRTH | 18 Age | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Birmingham, Jefferson, AL | | | | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCOV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | 7872540 | Al |
| 24 FBI # | NCIC CLASS | | | | | | | 26 IDENTIFICATION COMMENTS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE unk | 29 OCCUPATION (BE SPECIFIC) None |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) Unemployed | 31 BUSINESS ADDRESS (STREET, CITY, STATE) n/a | 32 BUSINESS PHONE n/a |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Arby's 350 Valley Ave. Birmingham, AL 35209 | 34 SECTOR 2 0 2 1 2 | 35 ARRESTED FOR YOUR JURISDICTION ☒ YES ☐ NO ☐ IN STATE ☐ OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE ☐ DRUNK ☒ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☒ 1 NONE ☐ 2 OFFICER ☐ 3 ARRESTEE | 39 ARMED? ☒ Y ☐ N | 40 DESCRIPTION OF WEAPON ☒ 1 HANDGUN ☐ 2 RIFLE ☐ 3 SHOTGUN ☐ 4 OTHER FIREARM ☐ 5 OTHER WEAPON |
|---|---|---|---|---|

| 41 DATE OF ARREST 0 3 2 4 0 8 | 42 TIME OF ARREST 1545 ☐ 1. AM ☒ 2. PM | 43 DAY OF ARREST S M T ☒W T F S | 44 TYPE ARREST ☒ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☐ FEL ☒ MISD Unl. Poss. Drug Para. | 47 UCR CODE | 48 CHARGE—2 ☒ FEL ☐ MISD Trafficking Cocaine | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-12-260 | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE 13A-12-231 | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT-LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## Vehicle

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|
| 71 VIN | | | | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED Drug Paraphernalia, Cellphones, Beretta .22 cal Handgun Serial# 68528 | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE ☐ HANDLED AND RELEASED ☐ REF. TO WELFARE AGENCY ☐ REF. TO ADULT COURT DISPOSITION: ☐ REF. TO JUVENILE COURT ☐ REF TO OTHER POLICE AGENCY | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE ☐ 1. AM ☐ 3. MIL ☐ 1. PM | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY |
|---|---|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE / STATE USE |
|---|---|---|

| MULTIPLE CASE# CLOSED | 104 CASE# | 105 SFX | 106 CASE# | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M) Eaton, M.W. | 112 ID# 9093 | 113 ARRESTING OFFICER (LAST, FIRST, M) | 114 ID # | 115 SUPERVISOR ID # | 116 WATCH CMDR ID # |
|---|---|---|---|---|---|

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC—34 REV. 10-90

OFFICER'S ~~WORK~~ PRODUCT MAY NOT BE PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST ? | | 118 CASE # | 115 8.2X |
|---|---|---|---|
| 0 3 2 4 0 8  1545 | ☐ A.M ☒ P.M ☐ MIL. | 0 8 0 3 0 9 0 5 9 | |

120 ADDITIONAL ARREST INFORMATION

<div style="text-align:left">N A R R A T I V E</div>

On March 24th, 2008, Deputies with the Jefferson County Sheriff's Office Vice and Narcotics unit were conducting surveillance on this subjects residence in preparation for a search warrant that was about to be executed there. Sgt. French observed an older blue pickup truck occupied by 2 white males pull into the yard. The target of the search warrant and the subject of this report, Durrell Bester, was observed coming out of the residence. The subject put several bags in the back of the truck, and then left with the subjects in the truck. We followed the truck to Twin Gate apartments. The listed subject got out of the truck and carried several bags into an apartment there. The subject then got back into the truck and they left the apartments. We continued to follow the truck, and called for a patrol unit to stop the truck.

We followed the truck to the interstate, and headed towards downtown. The truck was followed onto 280 east bound, and the patrol unit caught up to it as it was exiting onto Valley Avenue. The patrol unit stopped the truck at the listed location, for having an obscured tag. I assisted Deputy Daniels with the traffic stop. When Deputy Daniels approached the truck he observed the listed subject, who was sitting on the passenger side of the vehicle, reaching under the seat. The subject told Deputy Daniels he had dropped his cell phone and was retrieving it. I got the listed subject out of the truck and informed him that I had a search warrant for him and his residence. The subject was placed in the back of Deputy Daniels patrol unit. I asked the driver of the truck for consent to search the vehicle, and he declined. I then deployed my K-9 partner, Pepsi, on the vehicle. we conducted an exterior free air sniff of the vehicle. Pepsi indicated passively on the passenger side door of the truck and on a black bag in the bed of the truck.

Deputy Bartels and I then conducted a physical search of the vehicle. I looked under the passenger side of the seat, and found the listed handgun and a cell phone. Deputy Washington ran the serial number on the gun to check for stolen, and it came back negative. I will turn the handgun over to the evidence collection unit so that it can be fingerprinted. In the black bag in the bed of the truck I found a black plastic box. In this box I located pieces of torn off brillo pad, syringes, an ashtray, a pill splitter, and a push rod for a crack pipe. The subject was placed under arrest at this time for Unlawful Possession of Drug Paraphernalia. Deputy Daniels transported the subject to the county jail where he was held on $3000 bond.

A knock and talk was conducted at the apartment this subject was seen going into during the time that we followed him. (See I/O Report # 20080308801) Approximately 75 grams of powder and crack cocaine were recovered from this apartment. I added a charge of Trafficking Cocaine with a $250000 bond to the subject.

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION
CRIMINAL DIVISION

STATE OF ALABAMA,                      )
                                       )
            VS.                        )        CASE NOS.: CC-08-3771
                                       )                   CC-08-3772
DURRELL BESTER,                        )
                                       )
            Defendant.                 )

## MOTION FOR DISCOVERY

The Defendant, DURRELL BESTER, by and through his counsel, William H. Benson,

moves this Honorable Court to require the State of Alabama to disclose to his counsel, and

provide and/or permit him to inspect, copy, test and/or photograph the following:

1.    All statements, written or oral; any and all tape recordings and stenographic

transcriptions of admissions, confessions and statements, made by this Defendant to any person

at any time, before or after his arrest in this case, including the name and address of the person[s]

to whom the statement[s] was[were] made, including, but not limited to those relevant to:

        a.      the alleged crime;

        b.      the investigation of that crime; and

        c.      any condition of the Defendant, including, but not limited to his mental or

                physical state:

                i.      at the time of the alleged crime;

                ii.     at the time of any statements of the Defendant described in

                        paragraphs 1.a. through c.;

                iii.    at any other time subsequent to the alleged crime.

RECEIVED IN OPEN

FEB 17 2009

ANNE-MARIE ADAMS
CIRCUIT CRIMINAL CLERK

SCANNED   FEB 18 2009

2.	All statements, written or oral, made by any co-defendants to any person at any time, before or after his arrest in this case, including the name and address of the person[s] to whom the statement[s] was[were] made, including, but not limited to those relevant to:

    a.	the alleged crime;

    b.	the investigation of that crime; and

    c.	any condition of the co-defendant, including, but not limited to his mental or physical state:

        i.	at the time of the alleged crime;

        ii.	at the time of any statements of the co-defendant described in paragraphs 1.a. through c.;

        iii.	at any other time subsequent to the alleged crime.

3.	Any and all tangible objects, currency, weapons, books, papers, and documents obtained from or belonging to the Defendant.

4.	The names and addresses of all persons the prosecution proposes to offer as witnesses at the trial or any hearings of this case, and any persons with knowledge of any facts and circumstances surrounding the crime or the Defendant.

5.	The names and address of all persons who have given recorded statements to the prosecution or any law enforcement officer.

6.	The names and addresses of all persons who have given oral statements to the prosecution or any law enforcement officer.

7.	Copies of all written and/or oral statements referred to in paragraph 5 or 6 of this motion, including memoranda, summaries or recordings of such statements, as well as grand jury testimony.

8. All memoranda, documents and reports to, from and between law enforcement officers connected with the subject matter of this case.

9. All memoranda, documents and reports to, from and between the investigative staff of the prosecution, excluding those portions, if any, which contain the opinions, theories, or conclusions of the prosecuting attorney or members of their legal staff.

10. The criminal records and any list or summary reflecting criminal records of all persons whom the prosecution intends to call as a witness at trial.

11. All evidence in the prosecutor's possession or available to the prosecution which is favorable to the Defendant on the issue of guilt, including, but not limited to:

     a. Unfavorable evidence with respect to prosecution witnesses;

     b. Unfavorable evidence respecting any co-defendants;

     c. Any and all evidence, letters, memoranda or other material of any nature disclosing bias and/or prejudice or prejudgment by citizens of this county against the Defendant and/or his co-defendants, and the identity of the person making statements indicating such views;

     d. Any and all other information respecting any prosecution witness which is favorable to the Defendant on the issue of guilt;

     e. Statements made by any persons which are exculpatory with respect to the Defendant, including all statements made by prospective witnesses.

12. All evidence in the prosecution's possession or available to the prosecution which is favorable to the Defendant on the issue of punishment, including, but not limited to evidence disclosing that:

a.   The Defendant has no significant history of prior criminal activity or the Defendant has no significant history of violent crime;

b.   The offense was committed while the Defendant was under the influence of extreme mental or emotional disturbance;

c.   The Defendant was an accomplice and his participation was relatively minor;

d.   The Defendant acted under extreme duress or under th substantial domination of another person;

e.   The capacity of the Defendant to appreciate the criminality of his conduct or to conform his conduct to the requirements of law was substantially impaired; and

f.   Partial or total negation of any evidence offered by the State in support of any alleged aggravating circumstance.

13.   All physical or documentary evidence, including diagrams, sketches, books, papers, documents, photographs or tangible objects in the possession of the prosecution, law enforcement personnel, or prosecution witness that relate to this case or this Defendant in any way.

14.   All diagrams, sketches and photographs which have been made by or shown to any witnesses or prospective witnesses in this case, as well as the identity of each witness to whom this material was shown.

15.   All records and reports of every kind reflecting the conduct or results of any medical, pathological, toxicological, chemical, biochemical, criminalistic, laboratory, forensic or

scientific examination, investigations and analyses undertaken in connection with the investigation or preparation of this case.

16. The results and reports of any scientific or other tests, analyses, experiments or studies made in connection with this case.

17. All records and reports relating to the Defendant, including:

    a. All juvenile detention, jail, prison, parole, probation and presentence investigation records;

    b. All arrest, conviction, and adult and juvenile criminal offense records;

    c. All records of any law enforcement authority;

    d. All records of any detention or court authority;

    e. All records which the prosecution or any law enforcement official has submitted to any professional personnel for examination or analysis in connection with this case.

18. All records and reports relating to any witness, including:

    a. All juvenile detention, jail, prison, parole, probation and presentence investigation records;

    b. All arrest, conviction, and adult juvenile criminal offense records;

    c. All records of any law enforcement authority;

    d. All records of any detention or court authority;

    e. All records of any prosecuting authority;

    f. All psychiatric, psychological and mental health records;

    g. All education records;

    h. All immigration records;

i.    All records and reports.

19.    A statement as to whether the prosecution will rely on prior acts or convictions of a similar nature for proof of knowledge or intent, including description of each act or conviction to be relied upon, if any.

20.    A list of all expert witnesses the prosecution intends to call at trial, along with each expert's qualifications, the subject and a description of his or her contemplated testimony, and his or her report.

21.    A statement as to whether the prosecution intends to introduce any prior convictions of the Defendant in the sentencing phase of the trial.

The materials sought by this motion are essential to insure the Defendant his right to a fair trial, his right to confrontation, his right to prepare a defense in his own behalf, his right to effective assistance of counsel and his right to due process of law, all of which are guaranteed by the United States Constitution and the Constitution of the State of Alabama. Wherefore, the Defendant respectfully requests this Honorable Court to Order the production of the foregoing materials.

Respectfully submitted,

William H. Benson (BEN047)
Attorney for Defendant, Durrell Bester

**OF COUNSEL:**
1117 22nd Street South
Suite 108
Birmingham, Alabama 35205
205.776.2055
205.776.2040 (facsimile)

IN THE CIRCUIT COURT, TENTH JUDICIAL CIRCUIT
JEFFERSON COUNTY, ALABAMA
CRIMINAL DIVISION

STATE OF ALABAMA, )
)
    Plaintiff, )
)
vs. )       **CASE NO. CC2008-3771**
)
DURRELL BESTER, )
)
    Defendant. )

## STATE'S REQUEST FOR DISCLOSURE

As provided in the <u>Alabama Rules of Criminal Procedure</u>, Rule16.2, the State hereby requests that the Defendant: (Please check appropriate block.)

[X]    A.    Permit the State to analyze, inspect and copy or photograph any books, papers, documents, photographs, tangible objects.

[X]    B.    Permit the State to inspect and copy any results or reports of physical or mental examinations, whether written or otherwise.

[X]    C.    Permit the State to analyze, inspect and copy any scientific tests or experiments made in connection with this case, whether written or otherwise.

[X]    D.    Permit the State to analyze, inspect and copy any and all reports from any expert in connection with this case, whether written or otherwise.

[X]    E.    To produce any of the above, under Defendant's continuing duty to disclose, pursuant to <u>A.R.Cr.P.</u> 16.3.

Respectfully submitted this the 26th day of February, 2009.

John C Crescenzi
Deputy District Attorney
Tenth Judicial Circuit
801 Richard Arrington Jr. Blvd N.
Birmingham, AL 35203
(205) 325-5252

RECEIVED IN OFFICE

FEB 2 6 2009

ANNE-MARIE ADAMS
CIRCUIT CRIMINAL COURT

SCANNED FEB 2 7 2009

ORIGINAL

IN THE CIRCUIT COURT, TENTH JUDICIAL CIRCUIT
JEFFERSON COUNTY, ALABAMA
CRIMINAL DIVISION

STATE OF ALABAMA,      )
                      )
    PLAINTIFF,        )    CASE NO. CC2008-3771
                      )
v.                     )
                      )
DURRELL BESTER,      )
                      )
    DEFENDANT.

## NOTICE OF STATE'S INTENT TO PROCEED
## UNDER HABITUAL OFFENDER STATUTE

**COMES NOW** the State of Alabama, by and through the Office of the District Attorney, in

and for the Tenth Judicial Circuit, Jefferson County, Alabama, and gives notice, pursuant to Rule

26.6 of the Ala. R. Crim. P., of its intent to proceed under Section 13A-5-9 of the Code of Alabama.

The State gives notice of the following prior convictions:

| Charge | Case No. | Jurisdiction |
|---|---|---|
| DFIOD | CC1999-0970 | Bessemer |
| DFIOD | CC1999-1278 | Bessemer |
| UPOM 1st | CC2001-0258 | Bessemer |
| UPOM 1st | CC2001-0259 | Bessemer |

Respectfully submitted this the 26th day of February, 2009.

John C Crescenzi
Deputy District Attorney

**RECEIVED IN OFFICE**

**FEB 2 6 2009**

ANNE-MARIE ADAMS
CIRCUIT CRIMINAL COURT

SCANNED FEB 2 7 2009

IN THE CIRCUIT COURT, TENTH JUDICIAL CIRCUIT
JEFFERSON COUNTY, ALABAMA
CRIMINAL DIVISION

STATE OF ALABAMA, )
)
    PLAINTIFF, )
)
vs. )    **CASE NO. CC2008-3771**
)
DURRELL BESTER, )
)
    DEFENDANT. )

## NOTICE OF INTENT TO OFFER PROOF BY CERTIFICATE OF ANALYSIS

**COMES NOW** the State, by and through its District Attorney, and gives notice to all parties of its intent to offer proof by a Certificate of Analysis, a copy of which is attached, pursuant to <u>Alabama Code</u>, Section 12-21-301 (Michie 1995).

Respectfully submitted on this the 26th day of February, 2009.

John C. Crescenzi
Deputy District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on the attorney of record for the Defendant as follows:

Mr. William Howard Benson III.
Attorney at Law
1117 22nd St S Ste 108
Birmingham, AL 35205-2813

via United States Mail on this the 26th day of February, 2009.

**RECEIVED IN OFFICE**

**FEB 2 6 2009**

ANNE-MARIE ADAMS
CIRCUIT CRIMINAL COURT

John C. Crescenzi
Deputy District Attorney

SCANNED FEB 27 2009

# COURT ORDERED PROBATION SERVICES

NAME __DURRELL BESTER__   Case No.(s) __CC-08-3772__
__CC-08-3771__

ADDRESS _____
Street

| | | |
|---|---|---|
| City | State | Zip |

TELEPHONE _____   Soc. Sec. No.: _____

ACTION ORDERED:   DATE __4/8/09__

**DEFENDANT MUST REPORT IN PERSON TO:**

| | |
|---|---|
| __X__ Must Go To TASC | |
| __X__ Pre-Sentence Investigation | **TASC** **STATE PROBATION OFFICE** |
| _____ Probation Investigation | 401 Beacon Pkwy, West |
| _____ Youthful Offender Investigation | Birmingham, AL 35233 |
| _____ Notice of Conviction | Telephone: (205) 917-3780 |
| _____ Update Previous Investigative Report | |
| _____ Other _____ | |

**STATE PROBATION OFFICE**
2721 2nd Avenue No.
Birmingham, AL 35203
Telephone: (205) 323-1091

(X) JAIL
( ) BOND

CHARGE(S) __TRAFFICKING, FAILURE TO AFFIX TAX STAMP, POSSESSION OF DRUG PARAPHERNALIA__   CONVICTED __same__

Date of Conviction or Plea __4/8/09__

Sentence _____   Sentence Deferred Until Hearing Date (X)

Sentence: _____ Penitentiary; _____ Hard Labor; _____ Jail; _____ FLYC

Race: _____ White __X__ Black; Other _____   Sex: __X__ Male _____ Female

Birthdate: _____, Age _____; Married _____ Single __X__

Health __X__ Good _____ Fair _____ Bad; Occupation _____

( ) Defendant Refused to Provide Information Requested.

REFERENCE:

Wife or Husband _____   **RECEIVED IN OFFICE**

Address _____
Parent __DOROTHY BESTER__   Phone _____
**APR - 8 2009**
Address _____   **ANNE-MARIE ADAMS**
Other Reference _____   Phone: **Clerk**
Address _____

The Action ordered in the above style cause is hereby set for hearing on __MAY 26__
_____, 20__09__, at __9:00__ p.m., a.m.

_____   _____
ATTORNEY'S SIGNATURE   Phone   CIRCUIT OR DISTRICT JUDGE

_____   _____
DISTRICT ATTORNEY   DEFENDANT'S SIGNATURE

WHITE — Court File   CANARY — Probation Office/TASC   PINK — Defendant   GOLDENROD — Attorney

SCANNED   MAY - 7 2009

## ALABAMA BOARD OF PARDONS AND PAROLES

### REPORT OF INVESTIGATION

| | | | |
|---|---|---|---|
| **Type of Investigation:** | PSI | **Date Dictated:** | 04/13/2009 |
| **Name:** | BESTER DURRELL | **PR#:** | PR200502106600 |
| **Alias:** | Matt Eugene McDonald | | |
| **RS** | BM **DOB:** ▮▮▮▮ **Est. Age:** ▮▮▮▮ | **Height and Weight:** | 5'09" \| 135 |
| **Complexion:** | | **Color of Hair:** BRO | |
| **Bodily Marks:** | Tattoos on Chest, Left Hand, Left Arm | **Color of Eyes:** | GRN |
| **Driver's License:** | AL, ▮▮▮▮ | **SSN:** ▮▮▮▮ | |
| **AIS#:** | 216904 **FBI#:** 299185LB8 **SID:** | AL01560991 | |
| **Phone #:** | ▮▮▮▮ | | |
| **Address:** | ▮▮▮▮ | | |

### OFFENSE(S) OF INVESTIGATION

**County:** Jefferson  **Case #:** CC 2008 003771.00

**Offense(s):**

TRAFFICKING-COCAINE

FAILURE TO AFFIX STAMP

*(handwritten notes)*

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| TRAFFICKING-COCAINE : C | | | | | | $ 0.00 |
| FAILURE TO AFFIX STAMP : C | | | | | | $ 0.00 |

**Date of Arrest:** 03/24/2008  **Date of Bond:** 04/08/2008  **Bond Amt.:** $ 250000.00

**Judge:** CLYDE E JONES  **D.A.:** FALLS BRANDON KENT

**Attorney:** BENSON WILLIAM H III  **Retained:**  **Appointed:** X

**Court Ordered Restitution:** $0

**NOTES:**

RECEIVED IN OFFICE
MAY 2 6 2009
ANNE-MARIE ADAMS
Clerk

**County:** Jefferson  **Case #:** CC 2008 003772.00

**Offense(s):**

USE/POSS DRUG PARAPHERNALIA

SCANNED JUN 1 8 2009

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Probation | Restitution |
|---|---|---|---|---|---|---|
| USE/POSS DRUG | | | | | | $ 0.00 |

## PRESENT OFFENSE(S)

**County Court and Case Number:** Jefferson, CC 2008 003771.00

**Offense(s)**

TRAFFICKING-COCAINE

FAILURE TO AFFIX STAMP

| Sentence(s) | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| TRAFFICKING-COCAINE : C | | | | | | |
| FAILURE TO AFFIX STAMP : C | | | | | | $ 0.00 |
| | | | | | | $ 0.00 |

**Date of Sentence:**

*this is a drug trapper, uses his mother's house alo*

**Details of Offense:**

(1) On 03/24/2008, Durrell Bester was arrested and charged with Trafficking Cocaine by Detective Mark Eaton of the Jefferson County Sheriff's Office.

According to the District Attorney's legal facts, this offense occurred on 03/24/2008, at approximately 4:45 pm at 1037 Apt. E Huffman Road Birmingham, AL. Jefferson County Detectives had a search warrant for the defendant's, Durrell Bester, residence. As Detectives were getting ready to execute the search warrant, Bester walked out the front door of his apartment at 1368 5th Place NW. He was carrying two grocery bags and two duffle bags. Bester got into a pickup truck with two guys, and put his bags in the bed of the truck. The detectives followed the truck to 1037 Apt. E Huffman Road (Bester's Mother's house). Bester got out and took one white bag into the apartment with him, but left the other bags in the truck. A few minutes later, Bester came back out without the white bag and got into the truck. The detectives followed the truck again, and got a patrol unit to stop the vehicle for an obscured tag. In addition to the search warrant for Bester's residence, Detectives also had a search warrant for Bester's person. When Officer Daniels approached, he saw Bester reach under the passenger seat. Bester was taken into custody on the search warrant on his person. Detectives asked for consent to look through the truck and consent was denied by the driver of the truck, Josh Cody. Detective Eaton then walked his drug dog around the truck. The dog indicated on a black gym bag in the back of the truck. Inside the gym bag was a black box with assorted drug paraphernalia. The dog also indicated on the passenger compartment of the truck. Under the seat where the defendant had been sitting, Detective Eaton found a Beretta .22 caliber handgun. Bester was arrested for drug paraphernalia and taken to the county jail. Detective's then returned to Bester's Mother's residence. Bester maintained a bedroom at her home. Sergeant French contacted Bester's Mother, Dorothy Bester. She signed a consent form to search her apartment. French asked her about the white bag defendant Bester brought into her apartment. Ms. Bester showed Detectives where the bag was hidden (behind a stereo in defendant Bester's room). The bag contained approximately 75 grams of crack and powder cocaine, and a set of digital scales. Ms. Bester gave a written statement that the bedroom belonged to her son, defendant Durrell Bester. In the middle of the bedroom floor was another bag, which contained a box of plastic baggies, digital scales, and a Pyrex measuring cup with cocaine residue.

Detectives then went to defendant Bester's apartment to execute the original search warrant. Bester lived in the apartment, but it was in his girlfriend's name. In their bedroom, Detectives found baggies with cocaine residue and paperwork with the name of Durrell Bester. Another set of digital scales containing crack cocaine residue was found in the kitchen cabinets.

(2) On 03/24/2008, Durrell Bester was arrested and charged with Failure to Affix Stamp by Detective Mark Eaton of the Jefferson County Sheriff's Office.

According to the District Attorney's legal facts, this offense occurred on 03/24/2008, at approximately 4:45 pm at 1037 Apt. E Huffman Road Birmingham, AL. Jefferson County Detectives had a search warrant for the defendant's, Durrell Bester, residence. As Detectives were getting ready to execute the search warrant, Bester walked out the front door of his apartment at 1368 5th Place NW. He was carrying two grocery bags and two duffle bags. Bester got into a pickup truck with two guys, and put his bags in the bed of the truck. The detectives followed the truck to 1037 Apt. E Huffman Road (Bester's Mother's house). Bester got out and took one white bag into the apartment with him, but left the other

bags in the truck. A few minutes later, Bester came back out without the white bag and got into the truck. The detectives followed the truck again, and got a patrol unit to stop the vehicle for an obscured tag. In addition to the search warrant for Bester's person. When Officer Daniels approached, he saw Bester reach under the passenger seat. Bester was taken into custody to execute the search warrant on his person. Detectives asked for consent to look through the truck and consent was denied by the driver of the truck, Josh Cody. Detective Eaton then walked his drug dog around the truck. The dog indicated on a black gym bag in the back of the truck. Inside the gym bag was a black box with assorted drug paraphernalia. The dog also indicated on the passenger compartment of the truck. Under the seat where the defendant had been sitting, Detective Eaton found a Beretta .22 caliber handgun. Bester was arrested for drug paraphernalia and taken to the county jail. Detective's then returned to Bester's Mother's residence. Bester maintained a bedroom at her home. Sergeant French contacted Bester's Mother, Dorothy Bester. She signed a consent form to search her apartment. French asked her about the white bag defendant Bester brought into her apartment. Ms. Bester showed Detectives where the bag was hidden (behind a stereo in defendant Bester's room). The bag contained approximately 75 grams of crack and powder cocaine, and a set of digital scales. Ms. Bester gave a written statement that the bedroom belonged to her son, defendant Durrell Bester. In the middle of the bedroom floor was another bag, which contained a box of plastic baggies, digital scales, and a Pyrex measuring cup with cocaine residue.

Detectives then went to defendant Bester's apartment to execute the original search warrant. Bester lived in the apartment, but it was in his girlfriend's name. In their bedroom, Detectives found baggies with cocaine residue and paperwork with the name of Durrell Bester. Another set of digital scales containing crack cocaine residue was found in the kitchen cabinets.

| | |
|---|---|
| **On Probation At Arrest:** | No |
| **On Parole At Arrest:** | No |
| **Serious Physical Injury Barring Parole:** | No |
| **Subject's Statement:** | (1) None |
| **Case Status of Co-defendants:** | (1) None |
| **Victim Notification Information:** | |
| **Victim Impact:** | (1) N/A |
| **Victim Age:** | None |
| **Location of Offense:** | Jefferson County |
| **Court Ordered Restitution:** | $0 |
| **County Court and Case Number:** | Jefferson, CC 2008 003772.00 |
| **Offense(s)** | |
| | USE/POSS DRUG PARAPHERNALIA |

**Sentence(s)**

USE/POSS DRUG PARAPHERNALIA :

| | Date | Begin Date | Conf Imp | Conf Susp | Prob. | Rest. |
|---|---|---|---|---|---|---|
| | | | | | | $ 0.00 |

**Date of Sentence:**

**Details of Offense:**

(1) On 03/24/2008, Durrell Bester was arrested and charged with Unlawful Possession of Drug Paraphernalia by Detective Mark Eaton of the Jefferson County Sheriff's Office.

According to the District Attorney's legal facts, this offense occurred on 03/24/2008, at approximately 4:45 pm at 1037 Apt. E Huffman Road Birmingham, AL. Jefferson County Detectives had a search warrant for the defendant's, Durrell Bester, residence. As Detectives were getting ready to execute the search warrant, Bester walked out the front door of his apartment at 1368 5th Place NW. He was carrying two grocery bags and two duffle bags. Bester got into a pickup truck with two guys, and put his bags in the bed of the truck. The detectives followed the truck to 1037 Apt. E Huffman Road (Bester's Mother's house). Bester got out and took one white bag into the apartment with him, but left the other bags in the truck. A few minutes later, Bester came back out without the white bag and got into the truck. The detectives followed the truck again, and got a patrol unit to stop the vehicle for an obscured tag. In addition to the search warrant for Bester's residence, Detectives also had a search warrant for Bester's person. When Officer Daniels approached, he saw Bester reach under the passenger seat. Bester was taken into custody to execute the search warrant on his person. Detectives asked for consent to look through the truck and consent was denied by the driver of the truck, Josh Cody. Detective Eaton then walked his drug dog around the truck. The dog indicated on a black gym bag in the back of the truck. Inside the gym bag was a black box with assorted drug paraphernalia. The dog also indicated on the passenger compartment of the truck. Under the seat where the defendant had been sitting, Detective Eaton found a Beretta .22 caliber handgun. Bester was arrested for drug paraphernalia and taken to the county jail. Detective's then returned to Bester's Mother's residence. Bester maintained a bedroom at her home. Sergeant French contacted Bester's Mother, Dorothy Bester. She signed a consent form to search her apartment. French asked her about the white bag defendant Bester brought into her apartment. Ms. Bester showed Detectives where the bag was hidden (behind a stereo in defendant Bester's room). The bag contained approximately 75 grams of crack and powder cocaine, and a set of digital scales. Ms. Bester gave a written statement that the bedroom belonged to her son, defendant Durrell Bester. In the middle of the bedroom floor was another bag, which contained a box of plastic baggies, digital scales, and a Pyrex measuring cup with cocaine residue.

Detectives then went to defendant Bester's apartment to execute the original search warrant. Bester lived in the apartment, but it was in his girlfriend's name. In their bedroom, Detectives found baggies with cocaine residue and paperwork with the name of Durrell Bester. Another set of digital scales containing crack cocaine residue was found in the kitchen cabinets.

**On Probation At Arrest:** No

**On Parole At Arrest:** No

**Serious Physical Injury Barring Parole:** No

**Subject's Statement:** (1) None

**Case Status of Co-defendants:** (1) None

**Victim Notification Information:**

**Victim Impact:** (1) N/A

**Victim Age:** None

**Location of Offense:** Jefferson County

**Court Ordered Restitution:** $0

| | | | RECORD OF ARREST(S) | |
|---|---|---|---|---|
| **Date** | **Agency ORI** | **Type** | **Charge** | **Disposition** |
| 02/12/1999 | Jefferson-Bessemer SO | Prior Adult | Discharging Gun into Occupied Building CC1999-970 | Other: ********************* 02/27/2001 Guilty Plea Confinement 10 years |
| 05/18/1999 | Jefferson County So | Prior Adult | Assault 1st | Other: ********************* No Disposition Found During Criminal Records Check |
| 12/06/1999 | Jefferson-Bessemer SO | Prior Adult | Discharging Gun into Occupied Building CC2000-339 | Other: ********************* 02/27/2001 Nolle Prossed |
| 12/06/1999 | Jefferson-Bessemer SO | Prior Adult | (Charge 1) Attempted Murder DC1999-3990 | Other: ********************* 03/09/2000 No Probable Cause Found |
| 12/06/1999 | Jefferson-Bessemer SO | Prior Adult | (Charge 2) Public Peace/Shooting into Occupied Building | Other: ********************* No Disposition Found During Criminal Records Check |
| 07/14/2000 | Jefferson-Bessemer SO | Prior Adult | Unlawful Possession of Marijuana 1st CC2001-258 | Other: ********************* 05/04/2001 Guilty Plea Confinement 10 years |
| 07/14/2000 | Jefferson-Bessemer SO | Prior Adult | Unlawful Possession of Marijuana 1st CC2001-259 | Other: ********************* 05/04/2001 Guilty Plea Confinement 10 years |
| 07/14/2000 | Jefferson-Bessemer SO | Prior Adult | Unlawful Distribution of a Controlled Substance DC2000-2238 | Other: ********************* 05/17/2001 No Probable Cause Found |
| 08/28/2000 | Jefferson County SO | Prior Adult | Attempted Murder | Other: ********************* No Disposition Found During Criminal Records Check |
| 02/28/2006 | Birmingham PD | Prior Adult | Operating Vehicle without Insurance 9509551 | Other: ********************* 05/08/2006 Nolle Prossed Fine $113.00 |
| 02/28/2006 | Birmingham PD | Prior Adult | Safety Belts Required 9509552 | Other: ********************* 05/08/2006 Guilty Fine $25.00 |
| 02/28/2006 | Birmingham PD | Prior Adult | No State Drivers License 9509553 | Other: ********************* 05/08/2006 Nolle Prossed Fine $163.00 |

| Date | Agency | | Offense | Disposition |
|---|---|---|---|---|
| 03/09/2006 | Jefferson-Bessemer SO | Prior Adult | Driving While Suspended TR2006-660 | Other: ********************* 04/25/2006 Nolle Prossed with Conditions |
| 06/05/2006 | Jefferson-Bessemer SO | Prior Adult | Failure to Stop at Sign 0600386500 | Other: ********************* 06/26/2006 Guilty |
| 07/17/2006 | Birmingham PD | Prior Adult | Speeding 9647141 | Other: ********************* 09/27/2007 Nolle Prossed Fine $113.00 |
| 04/07/2007 | Birmingham PD | Prior Adult | Disregarding Color of Traffic Signal 9874521 | Other: ********************* 09/27/2007 Nolle Prossed Fine $113.00 |
| 07/12/2008 | Birmingham PD | Prior Adult | Operating Vehicle without Insurance 10382721 | Other: ********************* 09/09/2008 Dismissed |

## PERSONAL/SOCIAL HISTORY

### Marital Status/History Single

| Name | Address | DOB | DOD | Marriage Begin/End |
|---|---|---|---|---|
| | | | | - |

### Children

| Name | Address | DOB | DOD | Other Parent |
|---|---|---|---|---|
| None | | | | |

### Housing History

| Orphanage: | No | Homeless: | No |
|---|---|---|---|
| Foster Home: | No | Other Institution: | No |
| Boarding School: | No | | |

### Health

| | | |
|---|---|---|
| Physical Disability: | Yes | Gunshot wound in left leg |
| Mental Disability: | Yes | Other |
| Psychological Report: | No | |
| Prescribed Medications: | No | |
| Defendants Opinion Of Drug Problem: | Denies | |
| Past Drugs: | Yes | marijuana |
| Treatment History: | | |
| Present Drugs: | No | |
| Defendants Opinion Of Alcohol Problem: | Denies | Seldom |

### Education



### High School

| Last Grade Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| 10 | Jess Lanier High School, 1997 | stayed in trouble |

### College

| Last Level Completed | Name/Year | If DropOut, Reason why: |
|---|---|---|
| | None, | |

### Further Education/Training

| Type | Place | Length | Completed |
|---|---|---|---|

### Financial Status

Owns:

| Money Owed | To | Amount |
|---|---|---|
| | State of Alabama Court System | $2385.88 |

### Employment History

| Type/Employer | Begin Date | # Months | Pay | Reason For Leaving |
|---|---|---|---|---|
| \ No Previous Employment | / | | | |

### Military Record

| Registered W/Selective Service | Served | Length Of Service | Discharge Type |
|---|---|---|---|
| Yes | None | | |

| Discharge Reason | Highest\Discharge Rank | Military Job Title | Medals/Awards |
|---|---|---|---|
| | \ | | |

Notes:

### Offender's Family

#### Parents

| | Address | DOB | Felony Conv. | Deceased |
|---|---|---|---|---|
| **Father** Johnny B. Hines | ████████ | | No | No |
| **Mother** Dorothy Bester | ████████ | ████████ | No | No |

#### Siblings

| Name | Address | DOB | Felony Conv. |
|---|---|---|---|
| Le'Otis Edwards | | | Yes |
| Latasha Conwell | ████████ | | No |

Notes:

#### Personal Relationship

**Relationship w/father:** N/A

**Relationship w/mother:** Good

**Relationship w/siblings:** Good

| PROBATION PLAN |
|---|

| Home | | |
|---|---|---|
| **Living With** | **Address** | **Relation** |
| Wakeisha Coleman | | Girlfriend |

| Employment | | | |
|---|---|---|---|
| **Employer** | **Address** | **Phone** | **Pay Rate** |
| Receives SSI | | | |

| Character References | | | |
|---|---|---|---|
| **Name** | **Address** | **Phone** | **Opinion** |
| Will bring reference letters to Court. | | | |

| Treatments | |
|---|---|
| **Treatment Type** | **Treatment Description** |

**Officer Remarks:**

The personal information was obtained through an interview with the defendant at the Jefferson County Jail, on 04/23/2009.

The defendant stated he was diagnosed and treated for depression through Western Mental Health from 2001 through 2004. He stated he is not currently taking medication for depression. The defendant also stated he has a learning disability. He stated he receives an SSI check for approximately $680.00 per month due to this illness. The defendant reported having physical problems walking, due to a gunshot wound to his left leg in 2007.

This Officer has no documentation proving or disproving the statements made by the defendant in regards to his health. Based on the information reported, this Officer recommends the defendant receive an updated mental health evaluation.

Based on our Risk and Needs Assessment, the defendant needs to obtain his GED and attend Integrity Support Group Meetings provided through the Birmingham Probation Office.

**Recommendations To Court:**

This Officer respectfully defers her recommendation to the Court.

Sentencing Guideline worksheets are not required for these offenses.

Signed and dated at Birmingham

Alabama the 30 day of April 2009

MCCAY KRISTI

Alabama Probation and Parole Officer

PBF 203

# IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## CRIMINAL DIVISION

STATE OF ALABAMA      )
                         )
                         )
                         ) **CASE NUMBERS: CC 08-3771 AND**
                         )               **CC 08-3772**
                         )
                         )

DURRELL BESTER,       )
                         )

      Defendant.        )

RECEIVED IN OFFICE

JUL 0 6 2009

ANNE-MARIE ADAMS
CIRCUIT CRIMINAL COURT

### NOTICE OF APPEARANCE

Comes now the undersigned counsel in this case and requests that he be made attorney of record in this case:

1. The Defendant has hired and retained the services of Attorney Martin Weinberg to represent him in motions pending the court and any appeal motions

2. The undersigned counsel has discussed this matter with current counsel of record, William Benson who has agreed to enter a motion to withdraw.

Wherefore, The Defendant respectfully requests that this Honorable Court note the change of counsel.

Respectfully submitted,

Martin Weinberg (WEI-035)
Attorney at Law
PO Box 154
Shannon, AL. 35142
attorneyweinberg@bellsouth.net

ORIGINAL    ORIGINAL

5

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**BIRMINGHAM DIVISION**
**CRIMINAL DIVISION**

STATE OF ALABAMA,       )
                    )
    VS.            )    **CASE NOS.: CC-08-3771**
                    )                 **CC-08-3772**
DURRELL BESTER,       )
                    )
    Defendant.        )

FILED IN OFFICE
AUG 1 1 2009
JEFFERSON COUNTY CRIMINAL CIRCUIT COURT
ANNE-MARIE ADAMS, CLERK

## MOTION TO WITHDRAW AS DEFENSE COUNSEL

Comes now, William H. Benson, attorney for the Defendant, Durrell Bester, and hereby requests this Honorable Court to allow him to withdraw as counsel for the Defendant, and in support thereof states:

1.    On or about March 31, 2008, the Honorable William Davis Lawley appointed the undersigned to represent the Defendant of charges of trafficking cocaine and failure to affix tax stamp.

2.    On or about April 9, 2009, the Defendant was convicted of the named charges after a jury trial in this Honorable Court.

3.    On or about May 26, 2009, this Honorable Court sentenced the Defendant to a life sentence without the possibility of parole.

4.    On or about June 25, 2009, the undersigned filed a Motion for New Trial in these cases.

5.    Counsel has been informed by the family of the Defendant that Martin Weinberg has been retained to further represent in the Defendant. Mr. Weinberg notified counsel of his retention and requested the undersigned to withdraw from the case. Mr. Weinberg filed his Notice of Appearance in these cases on or about July 6, 2009.

Wherefore, William H. Benson, respectfully requests this Honorable Court to allow him to withdraw as attorney of record for the defendant.

Respectfully submitted,

William H. Benson (BEN047)
Attorney for the Defendant

**OF COUNSEL:**
Law Office of William H. Benson
413-B Main Street
Trussville, Alabama 35173
205.655.2665
205.655.9552 (facsimile)

### Certificate of Service

I hereby certify that I have mailed a copy of the foregoing upon opposing counsel by placing a copy of the same in the U.S. Mail, postage prepaid, and/or by placing a copy in the receptacle provided by the Clerk's Office for the District Attorney's Office on this the **10th** day of **August**, 2009.

Thomas Michael Anderton, Esq.
District Attorney's Office
801 North 21st Street, Room L-01
Birmingham, Alabama 35203

Martin Evan Weinberg, Esq.
P.O. Box 154
Shannon, Alabama 35142

**OF COUNSEL**

FILED IN OFFICE
CIRCUIT CRIMINAL

OCT 06 2009

ANNE-MARIE ADAMS
CLERK

| State of Alabama Unified Judicial System | **ATTORNEY'S FEE DECLARATION** | Case Number | | | |
|---|---|---|---|---|---|
| Form C-63A Rev.11/07 | **(Adult)** [For Work Performed On or After 10/1/2000] | CC 2008 3771 | | | |
| | | Jurisdiction | Year | Case # | Suffix |

**Mark Appropriate Court:**
- ☑ Circuit Court of JEFFERSON County
- ☐ District Court of ____ County
- ☐ Municipal Court of ____
- ☐ Alabama Court of Criminal Appeals
- ☐ Alabama Court of Civil Appeals
- ☐ Supreme Court of Alabama

**Indicate if Original Charge is:**
Capital Case (or charge carrying sentence of life without parole)
- ☑ (NO Limit) CC
- ☐ ($3,500) FA — Class A Felony
- ☐ ($2,500) FB — Class B Felony
- ☐ ($1,500) FC — Class C Felony
- ☐ ($1,000) OT — Other
- ☐ ($2,000) AP — Appeal
- ☐ ($2,000) WC — Petition for Writ of Certiorari
- ☐ ($1,000) PC — Post-Conviction/Habeas Corpus

County Code **3 7**

**Attorney Name (Please type or print)**
WILLIAM H. BENSON

Social Security Number or FEIN

**STYLE OF CASE:** ☑ STATE OF ALABAMA ☐ MUNICIPALITY OF ____ v. DURRELL BESTER
Defendant

**CHARGE:** TRAFFICKING

Companion case numbers and charges or convictions: CC-08-3772-FAILURE TO AFFIX TAX STAMP

The undersigned attorney declares that on (date) MARCH 28, 2008 ____, the Honorable DAVIS LAWLEY ____, Judge, appointed the undersigned to represent the above-named defendant or appellant, and on (date) AUG. 11, 2009 ____ the case was heard by the Honorable CLYDE JONES ____, Judge. The case was disposed by GUILTY-JURY TRIAL-LIFE WITHOUT ____

*(Plea of guilty, conviction, acquittal, affirmance, reversal, cert. denied)*

| | | | | |
|---|---|---|---|---|
| (1) | In court Appearance (Trial Level or Post-Conviction Proceeding) | Total Hours 23.8 | x $60.00 per hour = | 1428.00 |
| (2) | Out-of-Court Preparation (Trial Level or Post-Conviction Proceeding) | Total Hours 24.3 | x $40.00 per hour = | 972.00 |
| (3) | Preparation (Appellate Level) | Total Hours ____ | x $60.00 per hour = | |
| (4) | Extraordinary Expenses (if approved in advance by court) | 11.85 x $35 (OVERHEAD) | | 414.75 |
| (5) | Overhead Expenses (if approved in advance by court) | Total Hours 36.25 | x $12 Per hour = | 435.00 |
| | | **TOTAL CLAIM OF ATTORNEY** | | 3249.75 |

**NOTICE TO ATTORNEY:** Complete this form. Attach a copy of a complete itemization of (1) in-court appearance; (2) out-of-court preparation; (3) preparation for appeals;(4) extraordinary expenses; and/or (5)overhead expenses reflecting the date of actions and amount of time involved in each activity. Make a copy of same for the court's record and a copy for your records.

The undersigned attorney further declares that the above claim is true and correct and represents the services actually rendered by him/her as an attorney and the amount is due and payable. I further declare that the above claim is not a duplication of charges and expenses in any case (companion or otherwise)

Signature of Attorney

Sworn to and subscribed before me this 6TH

Day of OCTOBER 2009

Notary Public

Attorney Code BEN047

Mailing Address of Attorney
*(please type or print) (including city, state, and zip code)*
WILLIAM H. BENSON C/O DANIELS CAPITAL CORP.
P.O. BOX 36927
BIRMINGHAM, ALABAMA 35236
Telephone Number 205.655.2665 Fax Number 205.655.9552

I, the undersigned judge, hereby certify that the foregoing claim has been presented to me, and I have reviewed the same and believe the same to be true and correct. I am further of the opinion that said attorney is not duplicating said charges and expenses in any case (companion or otherwise).

Based on the above, I hereby approve the declaration and claim in the amount of $ 3,249.75

Done this 8th day of

October 2009

Judge's Signature

**NOTICE TO ATTORNEY AND JUDGE:** Sections 15-12-21 through 15-12-23, Ala. Code 1975, provide for the payment of attorney fees and extraordinary expenses incurred by counsel appointed to represent indigent defendants at the trial level on appeal (including petition for writ of certiorari to the Alabama Supreme Court) and in post-conviction proceedings.

THIS FORM MUST CONTAIN ORIGINAL SIGNATURES OF THE ATTORNEY AND THE JUDGE. THIS FORM WITH ATTACHED ITEMIZATION MUST BE SUBMITTED TO THE TRIAL COURT JUDGE OR PRESIDING JUDGE OR CHIEF JUSTICE OF THE APPELLATE COURT FOR APPROVAL. AFTER APPROVAL, FILE WITH THE CLERK, WHO SHALL SUBMIT THE ORIGINAL DECLARATION TO THE STATE COMPTROLLER (EXCEPT IN MUNICIPAL CASES) FOR AUDIT.

Filed in the Clerk's Office at Bham ____, Alabama, on 10-13-09

FILED IN OFFICE
OCT 06 2009
ANNE-MARIE ADAMS
CLERK

**EXCEPT IN MUNICIPAL CASES, MAIL TO:** State Comptroller, Indigent Defense Section, P.O. BOX 302602, Montgomery, Alabama 36130-2602

Original: Comptroller ____ Yellow: Court File ____ Pink: Attorney

# COURT ORDERED PROBATION SERVICES

NAME DURRELL BESTER

ADDRESS ███████████████
Street

Case No.(s) CC-08-3772
CC-08-3771

City ███████ State ███████ Zip ███████

TELEPHONE ███████████

Soc. Sec. No.: ███████████

**ACTION ORDERED:**

DATE 4/8/09

_____ Must Go To TASC

X Pre-Sentence Investigation

_____ Probation Investigation

_____ Youthful Offender Investigation

_____ Notice of Conviction

_____ Update Previous Investigative Report

_____ Other _____

**DEFENDANT MUST REPORT IN PERSON TO:**

**TASC**
401 Beacon Pkwy, West
Birmingham, AL 35233
Telephone: (205) 917-3780

**STATE PROBATION OFFICE**
2721 2nd Avenue No.
Birmingham, AL 35203
Telephone: (205) 323-1091

( ) JAIL
( ) BOND

CHARGE(S) TRAFFICKING, FAILURE TO AFFIX TAX STAMP, POSSESSION OF DRUG PARAPHERNULIA    CONVICTED SAME

Date of Conviction or Plea 4/8/09

Sentence _____    Sentence Deferred Until Hearing Date (X)

Sentence: _____ Penitentiary; _____ Hard Labor; _____ Jail; _____ FLYC

Race: _____ White X Black; Other _____ Sex: X Male _____ Female

Birthdate: _____ , Age _____ ; Married _____ Single X

Health X Good _____ Fair _____ Bad; Occupation _____

( ) Defendant Refused to Provide Information Requested.

**REFERENCE:**

Wife or Husband _____    Phone: _____

Address _____

Parent DOROTHY BESTER    Phone: _____

Address _____

Other Reference _____    Phone: _____

Address _____

RECEIVED IN OFFICE
APR - 8 2009
ANNE-MARIE ADAMS
Clerk

The Action ordered in the above style cause is hereby set for hearing on MAY 26 , 2009, at 9:00 p.m., a.m.

_____    _____
ATTORNEY'S SIGNATURE    Phone    CIRCUIT OR DISTRICT JUDGE

_____    _____
DISTRICT ATTORNEY    DEFENDANT'S SIGNATURE

WHITE — Court File    CANARY — Probation Office/TASC PINK — Defendant   GOLDENROD — Attorney

SCANNED   MAY - 7 2009

## PLEA OF NOT GUILTY AND WAIVER OF ARRAIGNMENT
## FOR NON CAPITAL OFFENSE

THE STATE OF ALABAMA     )      IN THE CIRCUIT COURT OF

           )

      vs.           )      JEFFERSON COUNTY, ALABAMA

_Durrell Bester_     )     CRIMINAL CASE NO. _CC-08-377_

 

COMES NOW the defendant in the above styled matter, and to the offense charged enters a plea of Not Guilty (and Not Guilty by Reason of Mental Disease or Defect).

Defendant further waives the right to have an Arraignment at which the defendant is present in person, or at which the defendant is represented by an attorney.

But the Defendant specifically and expressly reserves the right and with leave of Court hereby granted to defendant hereafter, but prior to the trial date, to interpose and special pleas or motions which he might legally have interposed prior to entering his said plea of Not Guilty.

I, _Durrell Bester_ , Defendant, hereby acknowledge receipt of a copy of the charges against me. I am not eligible to be considered as a youthful offender.

Defense counsel served with Order for Discovery and Production.

Age: ██████    DOB: _9/17/80_     _Durrell Bester_
                                       Defendant

RECEIVED IN OFFICE

FEB 17 2009

ANNE-MARIE ADAMS
Clerk

_____
Attorney for Defendant

SCANNED   MAY - 7 2009

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
CRIMINAL DIVISION

**ORIGINAL**

STATE OF ALABAMA, RECEIVED IN OFFICE )

vs.                                             )      **CASE NUMBERS: CC-08-3771 and**
JUN 2 5 2009                                    )                      **CC-08-3772**
ANNE-MARIE ADAMS
CIRCUIT CRIMINAL COURT

DURRELL BESTER,                                 )
                                                )
          Defendant.                            )

## MOTION FOR NEW TRIAL

Pursuant to Alabama Rules of Criminal Procedure 24.1, the Defendant, DURRELL

BESTER, by and through his counsel, moves this Honorable Court for a new trial in above-styled

causes, in which the Defendant was charged with trafficking cocaine, possession of drug

paraphernalia and failure to affix a tax stamp. In support thereof would state:

1.      The guilty verdict in these cases is contrary to law and/or to the weight of

the evidence presented in these cases.

2.      The cocaine involved in this case was found in a plastic shopping bag, used by

many different shopping establishments. There was no forensic evidence of any kind linking the

Defendant to said shopping bag.

3.      At the time of his arrest, the testimony presented indicated the Defendant was

approximately fifteen (15) miles from the location where the cocaine was found. The Defendant

was not in actual possession of the cocaine. Additionally, due to the distance from the cocaine,

the Defendant could not have had power to control and/or gain possession of the cocaine.

4.      Additionally, this Honorable Court allowed the cocaine in evidence, despite a

break in the chain of custody. The officer that took the cocaine to the forensics laboratory

testified she received the cocaine from one of the arresting officers. The arresting officer testified he placed the cocaine in a lock-box in the evidence room, and the cocaine was retrieved from that location.

5.    Next, during the course of the trial, the State introduced a photograph of a small amount of marijuana that was found at the scene. The Defendant was not charged with possession of the marijuana. However, the introduction of said photograph was prejudicial for the Defendant in the eyes of the jury.

6.    Also, this Honorable Court would not allow the defense in these cases to question the mother of the Defendant regarding a diagnosed medical condition concerning her nerves. Said testimony would have explained the discrepancy in what was claimed the mother told the police and what she intended to tell the police.

7.    During the mother's testimony, the State produced a written statement by the mother. The State did not previously provide the Defendant with a copy of said statement. Over the Defendant's objection, this Honorable Court allowed the State to introduce this document.

8.    Finally, during the sentencing in these cases, this Honorable Court sentenced the Defendant to a life sentence without the possibility of parole. Such a sentence in these cases constitutes cruel and unusual punishment and violates the Defendant's Constitutional rights.

9.    Also, during the sentencing, the State represented to this Honorable Court that a gun was found in the vehicle the Defendant was ultimately arrested in. Again, the Defendant was not charged with possession of a firearm. The gun was found under the seat of the vehicle and the vehicle did not belong to the Defendant, nor was the Defendant the driver of the vehicle. The consideration of the gun was extremely prejudicial to the Defendant in this Court's consideration of his sentence.

10.     As the Court of Criminal Appeals has held "[t]he court should grant a new trial in

criminal case where prejudicial error was committed in rulings on pleading, introduction of

evidence, argument of counsel or refusal of charges, when such grounds are presented by motion.

Coins v. State, 30 Ala. App. 53, 1 So.2d 311 (Ala. Crim. App. 1941).

Wherefore, the Defendant respectfully requests that this Honorable Court issue an Order

for a New Trial in these cases.

Respectfully submitted,

William H. Benson (BEN047)
Attorney for the Defendant
Durrell Bester

**OF COUNSEL:**
413-B Main Street
Trussvile, Alabama 35173
(205)655-2665
(205)655-9552 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for New Trial, upon
counsel via the receptacle provided by the Clerk's office for the District Attorney's Office this
the 25th day of June, 2009:

Thomas Michael Anderton, Esq.
Deputy District Attorney
Criminal Justice Center
801 Richard Arrington Jr. Blvd. N
Birmingham, Alabama 35203

**OF COUNSEL**

## COURT REPORTER'S INDEX OF TRIAL EXHIBITS — ARAP RULE 11(e)

### IN THE CIRCUIT COURT OF Jefferson COUNTY

APPELLANT - Durrell Bester

VS.

STATE OF ALABAMA · or ·      appellant

**ACTION (Case)**
Nos CC08-3771 CC08-3772

[ ] State Criminal
[ ] Civil (Law)
[ ] City Appeal (Crim.)
[ ] Civil (Equity)

appellee

TO: (name) Anne-Marie Adams CLERK OF CIRCUIT COURT OF Jefferson COUNTY.

FROM: (name) Alicia Martin COURT REPORTER OF 10th JUDICIAL CIRCUIT OF ALABAMA

### REPORTER'S INDEX TO EXHIBITS

The following **EXHIBITS** were received by the Court Reporter in above Action and same have been properly marked and identified. Where capable said exhibit(s) have been assembled herein (in flat file); where incapable of being assembled herein such exhibit(s) placed in suitable separate container. This index includes **all** exhibits and further indicates those offered, admitted or not admitted into evidence, etc. . .:-

| Party | Exhibit No. | BRIEF DESCRIPTION OF EXHIBIT | Admitted Yes | Admitted No | Iden. Only | With-drawn | Released By Court To Party | Original Replaced By Copy | In File | In Con-tainer | REMARKS, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 1 | Scene Photo | ✓ | | | | | | | | |
| S | 2 | " " | ✓ | | | | | | | | |
| S | 3 | " " | ✓ | | | | | | | | |
| S | 4 | " " | ✓ | | | | | | | | |
| S | 5 | " " | ✓ | | | | | | | | |
| S | 6 | " " | ✓ | | | | | | | | |
| S | 7 | " " | ✓ | | | | | | | | |
| S | 8 | " " | ✓ | | | | | | | | |
| S | 9 | " " | ✓ | | | | | | | | |
| S | 10 | " " | ✓ | | | | | | | | |
| S | 11 | Black Box / Truck | ✓ | | | | | | | | |
| S | 12 | Evd. Inside Residence | ✓ | | | | | | | | |
| S | 13 | Drug Par. | ✓ | | | | | | | | |
| S | 14 | Cocaine | ✓ | | | | | | | | |
| S | 15 | Consent Form | ✓ | | | | | | | | |
| S | 16 | Written Statement | ✓ | | | | | | | | |
| C | 1 | Jury Question | ✓ | | | | | | | | |

FILED IN OFFICE
CIRCUIT CRIMINAL

NOV 2 0 2009

ANNE-MARIE ADAMS
CLERK

1) ABOVE INDEX RECEIVED & FILED 11-20-09
2) EXHIBITS IN FILE &/OR CONTAINER VERIFIED (except as noted)

/s/ Anne-Marie Adams
CLERK

DATED THIS 26th DAY OF November, 2009

/s/ Alicia Martin
10th COURT REPORTER
JUDICIAL CIRCUIT

# Sentencing Hearing

**COURT REPORTER'S INDEX OF TRIAL EXHIBITS — ARAP RULE 11(e)**

IN THE CIRCUIT COURT OF _Jefferson_ COUNTY

APPELLANT - _Durrell Bester_

VS.

STATE OF ALABAMA - or -

appellant

appellee

ACTION (Case)
No. _CC-08-3222_
[ ✓ ] State Criminal
[ ] Civil (Law)
[ ] City Appeal (Crim.)
[ ] Civil (Equity)

TO: (name) _Anne-Marie Adams_ CLERK OF CIRCUIT COURT OF _Jefferson_ COUNTY.

FROM: (name) _Alicia Martin_ COURT REPORTER OF _10th_ JUDICIAL CIRCUIT OF ALABAMA

**REPORTER'S INDEX TO EXHIBITS**

The following **EXHIBITS** were received by the Court Reporter in above Action and same have been properly marked and identified. Where capable said exhibit(s) have been assembled herein (in flat file); where incapable of being assembled herein such exhibit(s) placed in suitable separate container. This index includes _all_ exhibits and further indicates those offered, admitted or not admitted into evidence, etc. . .:-

| Party | Exhibit No. | BRIEF DESCRIPTION OF EXHIBIT | Admitted Yes | Admitted No | Iden. Only | With- drawn | Released By Court To Party | Original Replaced By Copy | In File | In Con- tainer | REMARKS, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S | A | Prior Convictions | ✓ | | | | | | | | |
| S | B | Prior Convictions | ✓ | | | | | | | | |
| S | C | Prior Convictions | ✓ | | | | | | | | |
| S | D | Prior Convictions | ✓ | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | FILED IN OFFICE | | | | | | | |
| | | | | CIRCUIT CRIMINAL | | | | | | | |
| | | | | NOV 20 2009 | | | | | | | |
| | | | | ANNE-MARIE ADAMS | | | | | | | |
| | | | | CLERK | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

1) ABOVE INDEX RECEIVED & FILED _11-20-09_
2) EXHIBITS IN FILE &/OR CONTAINER VERIFIED (except as noted)

/s/ _Anne-Marie Adams_
CLERK

DATED THIS _20th_ DAY OF _November_ _2009_

/s/ _Alicia Martin_
_10th_ COURT REPORTER JUDICIAL CIRCUIT

STATE'S
EXHIBIT