

103



STATES EXHIBIT 3

107



STATE'S EXHIBIT 4

111

STATES EXHIBIT 9



114

STATES EXHIBIT



115

STATES EXHIBIT 8



STATES EXHIBIT

STATES EXHIBITS 18