# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DURRELL BESTER,** | } |
| Petitioner, | } |
| v. | } Case No.: **2:12-cv-3974-RDP-TMP** |
| **TONY PATTERSON, Warden; and the ATTORNEY GENERAL OF THE STATE OF ALABAMA,** | } |
| Respondents. | } |

## ORDER

The magistrate judge filed his report and recommendation on November 5, 2013, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. Petitioner filed objections on November 21, 2013. Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be **ADOPTED** and the recommendation **ACCEPTED**.

A final judgment will be entered by separate order.

**DONE and ORDERED** this ___26th___ day of November, 2013.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE